FILED - KZ
February 12, 2020 11:52 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
jlb  Scanned by ЯB/ 2/12/20

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN**

1:20-cv-127

Janet T. Neff
U.S. District Judge

Rodney D. Dean

_____

_____

Plaintiff(s),

v

Diocese of Lansing- Roman Catholic
United States Conference of Catholic Bishops
Lakewood Church Houston Texas
Valley Family Church- Kalamazoo

Defendant(s).

Case No.

Honorable

S.I.R.P.R.

United States District Court
Western District of Michigan
399 Federal Bldg
110 Michigan St. NW
Grand Rapids, MI 49503

Dear, Chief Judge of Western District of Michigan ,

Your Honor, I am is a position where considerable abuse has occurred via a "computer chip" placed illegally in my skull and used as a weapon, a vehicle of torture, of abuse, of degradation, and has caused extensive trauma to my life having occurred over decades, relationships have been poisoned, my self-esteem has been attack, my faith has been attacked. I am sure you understand that no contract if there was ever a contract allows or gives an entity the right to abuse you, can a Black man sign a "contract" to allow a "good old boy" to drag him behind his pickup, can a domestic servant give their employer the right to torture them by contract?  The computer chip in my skull is connected to an Ai or computer and the "computer chip" is the conduit between my brain and the Ai or computer, it opens my mind to "through traffic" of all kinds, people come into my brain via the "computer chip" day and night 24/7 and I am powerless to stop them, to close the door of my mind and refuse entry, it is as if my body my "brain" has become a "crack house" if you will, with anyone that feels like it entering, and doing whatever they please because there are no rules, no police present, no rule of law, just unrestrained "abuse" and "torture", verbal assaults, graphic pictures and mini movies that I cannot keep from entering my mind. In addition to verbal abuse, assault on my personhood, my religious freedom, I have had my life threatened 85 times when I have woke up while they were entering this data in my "brain" while I was sleeping. In addition I have caught these people a minimum of 10 times putting images, words, thoughts encouraging "suicide", yes suicide. If all the "garbage", the 1's and 0's of the Hands and Feet of Jesus or the Catholic Church is viewed as a unit, it seems very clear to me that the group the Hands and Feet of Jesus are a "Hate" group that is violating my rights on many levels including my 5th and 14th amendment rights. But I am in a position where I have no way to protect myself, to assert my rights as an American Citizen, I have no contract, do not even know for certain if there was a contract, only certain that if there was one, it does not give these people the right to emotionally, psychologically, or visually abuse me in any way, surely not to threaten my life or encourage suicide.

Doctors are intimately involved in this vigilante and I say vigilante because they have no "legal" authority", no "color of law", of any kind, to do the things they are doing. There does appear to be a conspiracy to block all attempts to assert my legal rights in what I would call "conspiracy by consensus", meaning that gate keepers are instructed to not engage with people who come to them with complaints such as mine, because of assumptions made about people such as myself and the Catholic Church, the Hands and Feet of Jesus are extended the aura of the "white

2

coat/stethoscope effect, the clerical collar paper halo status where their "mantle of authority" is not questioned and in the extension of "unquestioned power" comes the corruption of power because absolute power, unquestioned power makes its power absolute, and its corruption uncompromised, leaving the victim with nowhere to turn for relief. CNN has helped me identify the "inserters" of my "computer chip" and it is the Roman Catholic Diocese of Lansing Michigan who inserted this "computer chip" many years ago, wiping my memory of the surgery and leaving me unaware of the presence and capabilities of this "computer chip" connected to an Ai or computer. I had no idea that words, thoughts, visuals, were being introduced into my mind attempting to control the direction of my thoughts, to rearrange my 1's and 0's without my awareness and without my consent, for any consent given was "invalidated" by the considerable abuse that has taken place, by as I remember the "false choices" that I was given, by the threats by which compliance was secured, by the lack of legal representation, by the failure to read me any "Miranda rights", and even if a vigilante read me "Miranda" rights can an entity without the "color of law" a vigilante execute such rights of citizenship? And if a "vigilante" can execute such "due process" would not "due process" have to be relayed to "legal authorities" documenting said compliance with law and the right of a "speedy trial" and judgement by the jury of my peers? If something happen over 52 years ago and "due process" was not provided, and my rights of "citizenship" to not be tortured, abused, harassed, and threatened have not been protected, and the agents of this abuse and trauma is a "religious vigilante", does that not violate principles involving the separation of church and state, in addition to the violations of "due process" and a "speedy trial" and the right of innocence until being proven guilty? Further, justice under the rule of law provides punishment or treatment within the "principle" of "proportionality", defined consequences, limited in scope and effect, not undefined, unlimited and lacking "proportionally". If a vigilante not under the "color" of law exacted justice lacking "proportionality", consequences not spelled out by law and defined with precision, but exacted punishment or consequences far in excess of what the rule of law allowed, would not the lack of "proportionality" suggest that the "vigilantes" behavior is in fact a violation of my "legal rights", "my human rights"? International law, the Helsinki and Nuremberg accords declare that parties "experimenting with human subjects must have the right and privilege to withdraw from any agreement at any time but the Roman Catholic Church neither documentation of what they have done in the terms of a contract given to the "patient" the "subject" from which the person can gain access to the process of withdrawal from the experiment with human subjects. Not only does the Roman Catholic Church provide no documentation or paperwork, they give "medication" that wipes you memory of the "computer chip" implant leaving the "victim" without knowledge of what has been done to them and no awareness of the capabilities of the "computer chip" a "mind control" device.

3

I assert that this "action", I do not want to call it an "intervention" because it lacks any resemblance to anything accepted by science, psychiatry, and psychology that would constitute any known intervention that would be allowed by "best practice", or be approved by any licensing agency of any mental health facility and would even be in violation of principles enforced within penal institutions regarding "abuse" of prisoners and confined persons. It should also be pointed out that this "paradigm" does not have appropriate double blind studies to document its efficacy and it violates the principle of "least restrictive environment" an expectation placed on all other issues related to law. It is also a fact that this behavior has been kept out of the sight of "licensing" agencies and by design and has been kept out of public scrutiny because of the very "illegal" nature. This practice, takes place with no oversight of any kind that is accountable to no higher authority, because if it was it would be declared "illegal", 'abusive" and shut down without delay. It should also be noted that doctors participate in this "cloak and dagger" affair by not entering the "implantation" of the "computer chip" within the HIPPA record, denying patients guidance and documented information about the possible side effects of this "implant", they fail to enter the manufacture, the model number, the serial number or IP address. It should also be noted that this "implant" has never been studied for safety, for the effects of increasing external "electrical current" through the brain, no documentation is kept about any medical related issues and no awareness is present by the Roman Catholic Church or the Hands and Feet of Jesus that this intervention causes many participates significant depression, anxiety, agoraphobia and PTSD symptoms. As a previous LMSW I know 8 people in my small circle of influence whose lives have been altered forever placing several on significant mental health medication shortening their life span, and inducing symptoms that have resulted in an inability to work, and having to be on disability.

Here is the concern that I have. I have had great difficulty getting appropriate medical care because doctors engage in "social engineering" deviating from "best practice" using medicine as a weapon to create fear and supposed compliance with unlawful expectations. I have never been charged with any "crime", I am in complete compliance with the law but yet a "religious vigilante" attempts to use medical care as a "gun" to comply with expectations that are not required by the "rule of law". They use harassment and intimidation to do what the law does not demand, they break the law in many ways and think their law breaking is justified by "conscience", it is not, it is simply lawlessness, a total disrespect for the rule of law, and the first step down the slippery slope to chaos. We do not accept such behavior by the Crips and the Bloods, the Hatfield's and McCoy's and it should not be accepted from any vigilante even if that vigilante has religious ties, and particularly because of the religious ties it has no business attempting to work out of its "subsidiary" and by the breaking of the law, to exact "retribution" and I assert that if you Sir were to study all the Roman Catholic Church have forced into my mind you I believe would also know that what they have done is exact "retribution" not by public standards but by "vigilante" standards which frequently lack "proportionality" because

they are filled with "emotionality" and then justice is subjectively determined by man, and not by the rule of law. So I cannot go to my doctor with confidence that I am going to get any relief from the torture and abuse exacted via the "computer chip" and if a doctor agreed to remove the "computer chip" from my head, over my left ear, I would then be denied any recourse for the abuse and torture inflicted upon me because I would have no proof of the abuse unless another "computer chip" was put back in because the "computer chip" is not the "harddrive" that is the human brain and within each of our brains is contained all that we have ever thought, said, done or experienced , in color with exacting accuracy.

I want this practice stopped, I want the Roman Catholic to stay out of the "subsidiary" of government, frankly they have enough trouble managing their own "subsidiary" and attempting to usurp the role, function, and responsibility of government and doing so in illegal ways is in a Christian way "heretical", and in a patriotic way "Un-American", and to do so with the politicians turning a blind eye to this group, and American Institutions getting into bed with this vigilante is a violation of the separation of Church and State and breaking the law over and over again to do it makes no sense. Further the Roman Catholic Church has shown itself to be a "bad actor" and has misused the "unordained" power it has been given by lack of action by our public officials, 40% that are Catholic and know full well what has been happening and the stand by blindly with their brains in "neutral" and their minds mesmerized with the concept of "ex cathedra" bestowing on their Church unquestioned allegiance and devotion believing it Holy and Good never even looking or checking to see of the trust they so generously give is deserved, and if the citizens they abandon to the Hands and Feet of Jesus are really divine? No oversight, no law to regulate them, no regulation, just the freedom to do whatever they please even if it has no relationship to justice or the rule of law, best practice or the well-being of community. Just so you know "sicker" people don't make better citizens. I challenge the court to open my mind, peer into my brain and look at all that the Hands and Feet of Jesus have done and determine for yourselves if what they have done is not first class abuse, torture, violations of human rights and human decency that deserve to be punished by the rule of law, a vigilante, thinking that they are above the law and that some people don't matter, and are throw away people. Whatever I did or did not do over a half century ago does not make me less than, it does not take away my humanity, it does not nullify my human rights, my rights afforded me by the Constitution of the United States of America, and we do not do "vigilante's" in America not even if they are run by the Pope!

I beg you from the bottom of my heart to have independent knowledgeable experts examine the record of my life, not Catholics,  and look not just at my faux pas and mistakes but look at what this vigilante has done to my life, to the lives of others, some people very close to me, having destroyed them, utterly destroyed them. The record will speak for itself!  I am sure but only if you can separate in the written record what is "innate" and what is "injected". These

people have put awful things in my brain, force fed me their "junk", snuck nonsense in under my locus of control, under my Executive Functions, without my awareness and my consent.  I am protesting and declaring the Roman Catholic Church and the Hands and Feet of Jesus a "hate' group, self-congratulating, self-righteous, double minded, an array of self-contradicting propositions, not the "body of Christ", the family of Jesus, not the family of God that is defined by their "love"  but the vigilante that placed itself in the middle of the church, full of hate and having not a paradigm of "love",  lip service to the paradigm of love, but behavior "fruit" as scripture says that is "ripe" with corruption and its deeds define it, lies, deception, gas-lighting, false relationships designed to exploit, lifelong patterns of adultery, and a laundry list of "illegal" behavior some of which I have already outlined. I say again, I am not talking about the 'millions" of Catholics and Protestants that Love Jesus and obey him, the true Catholic Church, the genuine truly attached body parts of Jesus, who are known for their love, as scripture declares and their kindness, forgiveness, gentleness and humility that mark their person and define their attitudes and behavior, who even if in a flawed way seek to imitate the Lord Jesus Christ in obedience, not concocting their own witches brew, a mixture of 1960's Situational Ethics and a liberal leaning on their own understanding, declaring their best thinking better than obedience to Jesus, "we have moved beyond Jesus" dude, beyond, beyond, beyond the words and teachings of Jesus and beyond the principles of our country's foundering fathers submitting not to the "rule of law" but making up our own rules as we go by the seat of our pants, forsaking the principles our country was founded on and returning to the primitive state of vigilantism, neither Christian or Patriotic, declaring the worship of "conscience" and reading it as a "license" to do as we like, forgetting that sin scorches both the victim and perpetrator " searing their faculties of "conscience" with a hot iron, rendering it compromised and unfeeling, returning evil for evil, defining our own consequences that conform neither to proportionality or uniformity, acting out of emotional mind, concocted and executed without due process, more frequently based on "second hand" information, rumor, innuendo, flat out falsehoods than facts.

Your Honor, the most precious thing I desire is for the "Church" to be the Church, for "government" to govern, for the principles of the faith to be practiced and preached, for America to truly be at least one place in the world where there is "Freedom and Justice" for "all", not some, not simply the privileged, not permissiveness for the poor, not the scapegoating of the "odd", the unusual, the more unique, the outliers not outlaws, but a wholesomeness that always looks to others with a glass half full and a respect of persons that is inclusive and valuing of all that humanity is and can be. Your Honor, I am requesting that my "brain" via the computer chip in my head be opened up and exposed to the light of day, to the Sonshine of Jesus, and that the Hands and Feet of [not] Jesus be exposed for who they are, for the "heresy" their deeds proclaim them to be, that the waddle in their ass be seen for the "duck" it looks like, and by the Biblical proclamation "and you will know them by their deeds",

6

and if their fruit smells rancid, don't inhale and throw it out. I want the Church both Catholic and Protestant to take responsibility for their actions and behavior, to own up to their sin and that this groups lawlessness be proclaimed to the world, will the real church please stand up and call out these people and these actions as "corrupt" un-Christian and "Un-patriotic, "did you say you are? So you want to proclaim out loud, in front of Jesus, and the whole world that lying, gas-lighting, deception, false relationships, adultery, assault, encouragement to commit suicide, and threats of death are "fruits" of the "Spirit"? And breaking the law is actually honoring the law, a true conundrum, perhaps a paradox, like by honoring Jesus by lying, and honoring marriage by committing adultery, and honoring the law by breaking it, and swearing to uphold the laws of our great nation while closing a blind eye and pandering and participating in "vigilantes", makes sense to me, yup, let's do that, makes perfect sense, let's go whole hog with that and 'pig out" it must be dinner time somewhere? Now if your Honor thinks my "demands" are unreasonable and not Christian like and Un-Patriotic than I'll settle for 100 million dollars, only half of it in small currency, and I promise to put the rest of it in an American Bank account, and not park it off shore for tax purposes, deal?

Your Honor I have enclosed a "cease and desist" request regarding the Roman Catholic Church and the Hands and Feet of Jesus and I request this be granted as "we don't do vigilantes in America", period, and that we have much to learn about the attaching of people's "brains" to computers or Ai's and the ethical and safety issues could fill a Bob Evans Restaurant, or a Panera Bread bakery, and the Hands and Feet of Jesus have proven exactly the dangers of such technology when in the hands of a bad actor, and the Hand and Feet are bad actors, bad scientists, bad theologians, bad lawyers, bad doctors and if you believe them or you can ferret out the "lies" that roll off their tongues so easily, "badd asses", just quoting! We do not let "Good old boys" drag Black people behind their Chevy pickup trucks, or warm Jewish people up in Pizza ovens, even if said parties at the point of a "gun" signed a "contract" as they peed their pants, saying "sure no problem" anything you want, "nice clerical collar" sir, looks like you might want to put more starch in that baby next time? Just asking but where did this fabulous "computer chip" come from, any guesses, and how did they develop it? Mister, you with the "curls" by your ears, anything to say?

Your Honor, If it please the court or if it doesn't I would like to present evidence of the following violations of Civil codes as follows.

I will enter the code definition first and then proceed to present the evidence of criminal behavior.

Code 2340 – Torture

7

(1) "torture" means an act committed by a person acting under the color of law specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control;

(2) "severe mental pain or suffering" means the prolonged mental harm caused by or resulting from

    (A) The intentional infliction or threatened infliction or severe physical pain or suffering;

    (B) The administration or application, or threatened administration or application, of mind-altering substances or other procedures calculated to disrupt profoundly the senses or the personality;

    (C) The threat of imminent death; or

    (D) The threat that another person will imminently be subjected to death, severe physical pain or suffering, or the administration or application of mind-altering substances or other procedures calculated to disrupt profoundly the senses or personality; and

(3) "United States" means the several States of the United States, the District of Columbia, and the commonwealths, territories, and possessions of the United States.

    (A) Offense

    Whoever outside the United States commits or attempts to commit torture shall be fined under this title or imprisoned not more than 20 years, or both, and if death results to any person from conduct prohibited by this subsection, shall be punished by death, or imprisoned for any term of years or for life.

    (B) Jurisdiction –

    There is jurisdiction over the activity prohibited in subjection  (a) if –

        (1) The alleged offender is a national of the United States, or

        (2) The alleged offender is present in the United States, irrespective of the nationality of the victim or alleged offender.

    (c) Conspiracy –

    A person who conspires to commit an offense under this section shall be subject to the same (other than the penalty of death) as the penalties prescribed for the offense, the commission of which was the object of the conspiracy.

The Plaintiff asserts that the US  Code 2340 – Torture, has been violated


Your Honor, I find myself in a unique situation that perhaps you have not heard of or has not come before this court before. Much of the evidence I wish to present is secured within my mind and I have in fact been Tortured for decades through the use of a "computer chip" that is over my left ear, below the skin and above the cranium. I have been working for some time with CNN in regard to the issues that I present here. It is not clear if CNN will willingly help me, they have given me mixed messages and it may be necessary to subpoena the exculpatory evidence that they possess which includes filmed material, on various network shows, and interview with politicians knowledgeable about this issue, but there is ample material available that is pertinent and applicable to my case and while I will seek to obtain this material in a cooperative manner I may have to rely on the power of a subpoena to obtain this material but I am hoping for cooperation and I do not seek in any way to be an adversary of CNN, it is my news network and I appreciate all the investigation that they have put into the issues. Our relationship began with me sending to CNN many of the materials concerning the issues that I will be presenting today, and I first presented this material to them some proximately 3 ½ years ago. I mention this to give you some context of what has already taken place and what I need from the court to pursue this criminal case.

8

So the material that I just mentioned from CNN can be corroborated through the "computer chip" in my head which is a conduit between my physical brain and an Ai. The computer uses a computer interface to connect to the brain via the computer chip in my head that connects the Ai to my brain. Now I know that this is perhaps new information for some and not much law has been written yet about this practice but the era of interaction between the human brain and computers is here and actually has been here for some time. CNN reports to me that I have had a computer chip in my head since approximately 10 years of age. My pickup line back in those days was "I'll show you mine if you show me yours.", I was 10, seemed like a good idea, turns out that she took baths with her brother so she really did not care about seeing mine as she knew very well what she needed to know, I on the other hand did not and wanted to cement the image in my mind of exactly what was going on for her that was not going on for me, inquisitive minds want to know?

Anyway I have a "computer chip" in my brain and have had for 60 years, who would have guessed, not me! I only learned I had a computer chip in my head during the last several years and prior to learning what was really going on I believed that what Christians were doing to me was really Prophesy but it was not the things that were being said to me were products of the computer chip and the Ai that can extract from my mind everything that I have ever thought, said or did, Scripture says that God keeps a "book" on us all and I have come to believe that the book God keeps is in fact the human brain which is a miracle far more sophisticated than either the computer chip in my head or the computer it is attached to, who would have thought, not me, and you can search my mind and find that thought in living color, squeezed in perhaps between other colorful material.

Now I have been abused by these people that call themselves the Hands and Feet of Jesus but they are not, period! This group exists within the Catholic Church, the Christian Church but is a heresy and in my opinion theology straight from the mouth of Satan, and perpetuated by his munchkins flowing from their split tongues that don't seem to know or care about the difference between truth and falsehood. This group does not live by the gospel of Jesus Christ but from a paradigm that diverges from the teachings of Christ in almost every way.

Further, they are not simply Christian Heresy but they are a "vigilante" in every sense of the word which makes this a legal issue not simply church stuff regarding theology, this is about the rule of law. it is about what it means to be a citizen of this great county and our responsibilities to adhere to the rule of law. and this group the Hands and Feet of Jesus seem to think that they are above the law and perhaps would plead "conscience", a Catholic concept, that makes right and wrong relative to the person and situation. or the concept of Situational Ethics or the end justifies the means. concepts that are heresy for the true Catholic or Christian. This group has turned the entire gospel on its head and believe that their "consciences" are better than the rest of us. and it is from this position of superiority that they claim the right to disregard the "rule of law" claiming conscience and acting in a way that perhaps they might explain as civil disobedience. and in this civil disobedience they break the laws of our land. just as any other vigilante does. the Crips and the Bloods. the Hatfield's and the McCoy's. but I want to remind the court today that the rule of law applies to everyone and that the privileged or religious are not exempt from this demand of law and they are subject to the same civil and criminal penalties as the Crips and the Bloods. the Hatfield's and the McCoy's. the mother or the father of a child that is killed by a drunk driver. retribution. vengeance. taking the law into your own hands is never OK in America and we simply don't do vigilantism in this great Country of ours. and if someone thinks that highly of their conscience and chooses to exercise it through "civil disobedience" they also get to suffer the consequences of their actions and pay the price of the civil and criminal penalties. participate in a "sit in" expect to go to jail. but what I am talking about today is not a "sit in". it is sin and illegal activity that produce severe

9

psychological trauma that create serious and significant mental health difficulties that produce disabling depression, anxiety, agoraphobia and PTSD symptoms and I speak about this as a former Mental Health professional with an Masters of Social Work, and a sufferer of significant issues of my own including depression, anxiety, and PTSD, but if you try and stifle my voice today because of my issues you allow the Hands and Feet of Jesus to weaponize mental health in an effort to silence their critics and avoid responsibility for their actions, acting out of emotional mind, concerning itself not for the rule of law, proportionality, justice under the law, but justice executed capriciously, unevenly, frequently without all the facts, frequently distorting the facts, lying about the facts, and  creating a caricature of people, and punishing them from a paradigm of hatred, a paradigm of punishment and a paradigm of excess and emotionality, and those qualities the very qualities that "vigilante's" possess and is that not the very reason as Americans we do not allow such hate groups to operate in the United States?

So I come to the United States District court today seeking relief from a vigilante that has created havoc, significant pain and suffering resulting in significant depression, anxiety, PTSD, and has resulted in isolation and broken human relationships from my youth. This group has threatened my life as of today 79 times, they have encouraged me to commit suicide a minimum of 10 times, they have tried to undercut my self-esteem, my mental health, my faith and they pump into my mind via a computer an AI , putting their inferior misguided  1's and 0's into my head and as the saying goes with computers, junk in, junk out. They have attempted to use sleep deprivation as a tool to disable me coming into my brain whenever I take a nap, or when I sleep, they enter into my mind uninvited as if my mind was a "crack" house with the entrance doors off their hinges and while my executive functions, the center of decision making, of moral decisions is sleeping or resting, and in that state I am unable to defend myself from the content they place in my mind, words, thoughts, pictures, mini movies, pornography, and abuse of every kind including what is mentioned above. This is "torture" at its best, unbridled torture, limited neither in type, scope or time frame, taking place over years, decades, and I am powerless to protect myself from these intrusions, it is as if I am tied up in the basement and the abusers come and go as they please poking me and prodding me threatening me, cussing at me, putting garbage in my head and I have no control or ability to protect myself from these abusers. Roe vs Wade is still the law of the land it gives woman the right to control their own bodies and I support this legal position but I ask the court what is more sacred than being able to control your own mind, what is more central to being human than to, be in control of what you feed your mind with, and when this basic human freedom has been stolen from you and are not in control of this basic human freedom, is not my right to freedom of thought, freedom of religion, freedom to own my own thoughts, to operate from a philosophical or religious paradigm of my choice being infringed upon? In my opinion the Hands and Feet of Jesus or [not] Jesus as I call them behave in similar ways to the Chinese who through computer criteria identify Chinese Muslims and ship them to Northern China to be reeducated, indoctrinated, brain washed and their 1's and 0's rearranged to suit the official political line, is that how we do business in America? I think not, but this is how the Hands and Feet of [not] Jesus operate, and I am without recourse to remedy my inferior position, to escape my captivity, to have my own thoughts, by own paradigm, by own faith, to make my own choices and not be subject to coercion, pressure, unrelenting, a preacher, black perhaps preaching not into the afternoon but into the night and around the clock, having locked the doors and his audience captive, and unable to leave or protest.

Now as I mentioned I have a computer chip in my head and know this factually as I watched a nurse walk across the floor of the operating room at a Plastic Surgeon's office here in Kalamazoo, Michigan, Dr. Steven Nitch M.D. Now I have requested my medical records and while I know that an x-ray existed of my head and the x-ray of my head was completed at that time it was not present in the materials requested from Borgress Hospital or the Westside Medical Center also part of the Ascension Hospital

System. Under normal circumstances I would simply go and get another x-ray but doctors and medical professionals are involved in this conspiracy up to their neck as the computer chip requires surgery for implantation. It should also be noted that while every other "implant" imbedded in the human body has its manufacturer, its model number, and its acknowledgement of safety data this procedure is not entered in to the HIPPA record as all other implants would be as this "computer chip" has never received FDA approval regarding safety or related health consequences. This is pertinent as I developed a growth above my left ear where the computer chip was implanted and it was removed by Dr. Steven Nitch M.D. mentioned above. The growth was not cancerous or at least that is what Dr. Nitch indicated but I suspect the growth was directly connected to the computer chip placed just below the exact spot where the growth occurred. If that is true than it is very possible that the computer chip could have other health consequences related to its implantation and can anyone tell me what "electrical stimulation" injected from outside the brain has the potential of doing to the human brain? As the different parts of the human brain communicates via electrical impulses what happens if the quantity or intensity of increased electrical impulses occurs, does increased external electrical impulses impact the brain in anyway, do you know, is their factual information about this issue or if as I am suggesting this chip has never been tested for safety or received approval by the FDA than what risk is there to the patient?

Now while the Physicians never include documentation of the existence of the computer chip in the HIPPA record it is placed in the Doctor's notes which Doctor's claim are their private records but I suggest to the court that these records contain communication received from the Hands and Feet of Jesus concerning the patient and that information about the presence of the computer chip is documented in those notes, thus making the material contained important exculpatory evidence pertinent to this case. The lack of openness and condor, the hiding of this medical material suggests to me an admission of illegal activity, an act not motivated by the welfare of the patient but by some other social agenda also referred to as "social engineering" which is by its very definition illegal and unethical behavior as issues related to "social engineering" are not decided on based on the health and welfare of the patient but some other nebulous idea that is neither institutionally sanctioned or pertinent to the health of the patient, but dictated by the doctor's personal agenda or in this case the agenda of a "vigilante" that has no legal authority or documented standing in the medical community. I further believe that the Hands and Feet of Jesus threaten and harasses doctor's that do not want to go along with this practice and attempt to intimidate them to comply with this illegal behavior, even threatening to create situations that would impede the physician to practice, or endanger his medical license, and this in and of itself would be criminal activity, no?

So this is my fear, that if I simply proceeded to try and secure normal medical care to establish the presence of this computer chip in my head that that computer chip could be removed and I would be left with no proof that the computer chip ever existed or had been the source of abuse. Now CNN has talked to me extensively as have politicians and this is all documented in my brain in detail and can be retrieved via the computer chip in my head but if doctors invested in keeping this quiet are given a chance to remove the device protecting their interests than I will be denied the justice I deserve as do others from the hateful and illegal practice.

Secondly, the Hands and Feet of Jesus also have an interest in squashing any attempt to open my mind via the computer chip because to do so will document in detail the abusive and torturous behavior this group engages in. I want and desire to do this for the purpose of bringing these people to justice and exposing them for the frauds that they are. Further this group has spread libelous rumors about me that I "raped" my daughter and that I have sex with my dogs both which are wholly and completely false,

11

creations of a wild imagination and my only way to prove these claims false is to open my entire life to the light of day and thus expose the darkness and illegal behavior of this vigilante.

So I am asking the court to appoint an "executor" or supervisory person to manage the medical procedures, x-ray, to establish the presence of this computer chip within my head protecting my rights observing along with a person of my choice to observe both the x-ray exam and the development of the x-ray step by step to assure that the process is not sabotaged or falsified based on the inherent interests of the medical community who are up to their necks in illegal behavior and have significant interest to squash any attempt to bring into the light of day these practices. My fears are not unfounded as doctors have medication that can wipe such experiences from your memory, surgery that is, and this medication was used when the computer chip was first surgically implanted in my head and I have had other experiences with this medication as well and also know other people who have had this same experience, having the computer chip implanted in their skull and having no memory of the surgery or the presence of this computer chip.

Secondly I am asking the court to order that the Catholic Church, specifically the Catholic Diocese of Lansing Michigan or Ingham county to pay for a complete review of the complete contents of my brain, every thought, word and deed in my entire life,  via the computer chip by a third party not the Hands and Feet of Jesus, but an objective party not invested in the outcome of this procedure as the Hands and Feet of Jesus have direct culpability in this crime and my experience has demonstrated that they have no attachment to the truth and no motivation of do a comprehensive, complete and unbiased review and in fact are motivated to keep the seedy nature of their interventions secret as all that they do with this computer chip is illegal, unethical, unscientific and its efficacy not established by sound double blind studies or practices. The Hands and Feet of Jesus have no professional oversite of their practices and procedures, safety practices and having been a Mental Health professional myself I know full well that their practices could not pass the scrutiny of any licensing agency that all Mental Health facilities must submit to and the Hands and Feet of Jesus have never been subject to such expectations because they are a Criminal organization, a vigilante, who operates in secret for exactly the reason any other illegal organization or conspiratorial organization operate, to remain under the radar and undetected, and not under the scrutiny of public and legal officials and the corresponding expectations that they would be subject to if their activities were widely known. I have also outlined in my book ""The Unholy Alliance" A Christian Perversion of the Message of Christ and the betrayal of the motherland." The fact that what this group does violates such International norms for Human experimentation as outlined in the Helsinki and Nuremberg agreements which specifically delineate expectations for such human experimentation. Now if the Hands and Feet of Jesus tell you that they are not engaging in "human experimentation" than let them point to research regarding these practices, identifying and comparing less restrictive interventions, as well as research studies that establish the efficacy of this intervention and the reasoning for not securing professional oversite and practicing subject to excepted best practice? If these studies and standard practices cannot be produced than it would be clear that this intervention has not moved from the experimental stage and is thus subject to the expectations of the International Helsinki and Nuremberg agreements.

Further if the Hands and Feet of Jesus suggest to you that they have a legal agreement allowing them to do the things to me that they have done than I would suggest to you the following. First I never got a copy of this agreement, second any contract was signed under the pretense of "false choices" and third a Black man cannot sign a contract with the KKK to drag him behind the good old boys pickup truck. No contract in the world allows for "torture" or "abuse" and those things are clearly present and I can point to at least 8 people whose lives have been forever altered by the Hands and Feet of Jesus through such

12

abuse producing severe depression, anxiety, agoraphobia and PTSD and I believe that the Hands and Feet of Jesus are also responsible for the death of participant's with computer chips in their heads and that the encouragement to commit suicide in my case is standard fare and part and parcel of the way the Hands and Feet of Jesus do business.

Now I can provide plenty of anecdotal evidence of this practice and have included a number of depositions that have knowledge of the use of this computer chip and are aware of the practices, described here. As CNN has communicated with me regularly since this all began they can confirm the regular contact via the computer chip which has an IP address and the computer interface has a id number that can document contact between the interfaces and my computer chip and as these messages likely travel over cell towers all communication is verifiable identifying both the subject contacted, me, and the person or computer interface that was used to intrude into my mind and make contact with me. This should also establish clearly the more egregious offenders including illegal death threats, bullying behavior, encouragement to commit suicide, and the forcible injection of sexually offensive materials, unwanted and violations of my person both offensive and inappropriate.

So in regard to Code 2340 "Torture" I submit the charges of 85 death threats, bullying behavior, a minimum of 10 attempts to encourage suicide, undercutting my mental health, undercutting my spiritual health, attack on my self-esteem or personhood, verbal abuse, sleep deprivation, and endless intrusions from people I neither desired or wanted to communicate with.

So my claim of torture I believe meets violation of US Code 2340 (1) the definition of torture. First the Hands and Feet of Jesus have no legal authority to engage in any behavior related what they have done and they are a Vigilante not endowed with the power or authority of the state in any way. Second they have caused under (2) "severe mental pain or suffering that has prolonged for decades. (2A) intentionally inflected such suffering by the threat of inflicting pain, death, death threats cannot be accidental, (2B) that the "computer chip" in my head while not a chemical compound is a mind-altering device calculated to disrupt profoundly the senses or the personality. (2d) 79 death treats meet the criteria of threat of imminent death and (3) under the code, that these crimes took place within the United States and that both victim and perpetrators reside in the United States of America except one individual who lives in Ghana.

US Code 2331 Terrorism-I further assert that US Code 2331 "Terrorism" is met by the Hands and Feet of Jesus. It is domestic terrorism as defined under ((C5) A, Bi to coerce, or intimidate a civilian population; occurs primarily within the territorial jurisdiction of the United States and has been determined by the court to not be a "military force."

**The Plaintiff asserts that Code 2331 Terrorism have been violated by the Hands and Feet of Jesus or the Catholic Church.**

The Plaintiff asserts that the group the Hands and Feet of Jesus or the Catholic Church have engaged in domestic terrorism attempting to intimate a particular civilian population within the boundaries and jurisdiction of the United States and that the Hands and Feet of Jesus or the Catholic Church is neither a legal authority or a "military force". The Plaintiff is also not a legal authority or "military force".

US Code 2339A Providing material support to terrorist - I assert that violations of the US Code 2339 is met by the following acts involving the Providing material support to terrorists. The Catholic Church via the Hands and Feet of Jesus purchase and dispense the "computer chips" like the one that I have in my

13

head. Pharmacia in Kalamazoo Michigan reportedly make these computer chips as well as other producer of medical supplies and would know the exact entity that purchases and dispenses these computer chips. So moneys from the Catholic Church the Hands and Feet of Jesus purchase these computer chips and dispense them to doctors and agents of the "vigilante" thus meeting the act of providing material support to terrorists (domestic). These computer chips also cross state lines and would be included under definition 1 "Material support or resources", property –computer chips tangible, purchased with currency provided by the Catholic Church and the Hands and Feet of Jesus and would be included under communications equipment, weapons given the way the "computer chip" is utilized. I would assume that doctors received training on proper implantation of the "computer chips" number (2) under (b) Definitions, and expert advice and assistance derived from scientific knowledge.

**The Plaintiff asserts that US Code 2339A have been violated.**

The Plaintiff asserts that US Code 2339A have been violated and that the Hands and Feet of Jesus or the Catholic Church has provided material support to the terrorists or said members of this vigilante. The material support is the purchase of "computer chips" that are dispensed throughout the United States involving interstate commerce, the procuring of said monies to purchase said "computer chips" and the support of "physicians" and medical personal" to surgically implant said "computer chips" an illegal action not in line with medical or legal ethics and not in line with medical necessity or best practice. Further material support was also given by the procuring of medication used to wipe the memory of the surgery and maintain secrecy concerning the illegal behavior and related activity.

US Code 2261 Stalking

This statute reads as follows:
(1) Travels in interstate or foreign commerce or is present within the special maritime and territorial jurisdiction of the United States, or enters or leaves Indian country with the intent to kill, injure, harass, intimidate, or place under surveillance with the intent to kill, injure, harass, or intimidate another person, and in the course of, or as a result of, such travel or presence engages in conduct that -
(a) Places that person in reasonable fear of the death of , or serious bodily injury to –
(i)that person;
(ii)an immediate family member (as defined in section 115) of that person;
(iii)a spouse or intimate partner of that person; or
(iv)the pet, service animal, emotional support animal, or horse of that person; or
(B)causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause (i), (ii), or (iii) of subparagraph (A); or
(2)with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that—
(A)places that person in reasonable fear of the death of or serious bodily injury to a person, a pet, a service animal, an emotional support animal, or a horse described in clause (i), (ii), (iii), or (iv) of paragraph (1)(A); or
(B)causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause (i), (ii), or (iii) of paragraph (1)(A),

shall be punished as provided in section 2261(b) of this title.
(Added Pub. L. 104–201, div. A, title X, § 1069(a), Sept. 23, 1996, 110 Stat. 2655; amended Pub. L. 106–386, div. B, title I, § 1107(b)(1), Oct. 28, 2000, 114 Stat. 1498; Pub. L. 109–162, title I, § 114(a), Jan. 5, 2006, 119 Stat. 2987; Pub. L. 113–4, title I, § 107(b), Mar. 7, 2013, 127 Stat. 77; Pub. L. 115–334, title XII, § 12502(a)(1), Dec. 20, 2018, 132 Stat. 4982.)

**The Plaintiff asserts that US Code 2261 Stalking has been violated and continues to be violated to this very day.**

I am asserting that the criminal charge of Stalking US Code 2261A has been violated for the following reasons. First a tracking device a "computer chip" was surgically implanted in my head illegally by a vigilante the Hands and Feet of Jesus or also known as the Catholic Church. Second, that "computer chip" has been used to harass, attempt to intimidate, injure  and under (B) of the statute to cause substantial emotional distress due to attempts to destroy my self-esteem, to destroy my faith a violation also of freedom of religion, placing anti faith statements in my head and reading me Satan's Bible. Further as of today my life has been threatened 80 times and 10 times that I am aware of the Hands and Feet of Jesus or the Catholic Church a vigilante has encouraged me to commit suicide engaging in bullying behavior by placing words, thoughts, images, mini movies in my brain via the "computer chip" they placed in my head illegally. My brain is further invaded day and night by people who without my permission enter my brain and threaten, insult, cuss at me, demean me, and abuse me without any recourse available on my part to stop them. Further, that the Hands and Feet of Jesus or the Catholic Church has sent people to my house to harass me as well as in restaurants, health clubs, the grocery store, on the job and in churches targeting me and stalking me where ever I go and in whatever setting I am in. It should be noted that I live within my house with my doors double locked and barred with 2x4's to secure my home and have a loaded shotgun next to my bed, which should be sufficient evidence to the substantial emotional distress that this vigilante has caused me.  All this stalking behavior can be identified and is recorded in detail within my brain and can be readily identified and substantiated as the human brain contains all that has ever happened to us every thought, word, deed that has ever taken place.

US Code 373. Solicitation to commit a crime of violence

The Hands and Feet of Jesus, insert computer chips in people's heads, they then dispense these IP addresses to members of the Hands and Feet of Jesus, an act, necessary for the act of "threatened death" to take place, the act of dispensing IP addresses engages the party in an illegal act a felony that resulted in the threat of "violence". I thus contend that US Code 373 has been violated making the acts criminal behavior. It should be repeated that the Hands and Feet of Jesus or the Catholic Church are the primary sources of the IP address that identifies the computer chip in my head making the Hands and Feet of Jesus and the Catholic Church solicitors of parties via the "computer chip" in my head to engage in threatened violence and I have a reasonable belief that these parties would follow through with these threats.

US Code 16. Crime of violence defined – (a) an offense that has as an element the use, attempted use, or threatened use of physical force against the person or property of another, or (b) any other offense that is a felony and that, by its nature, involves a substantial risk that physical force against the person

or property of another may be used in the course of committing the offense. This code violation is met by 80 death threats. This is why I have all my entrance doors double locked and barred with 2 x 4's and keep a loaded shotgun next to my bed.

**It is asserted that the US Code 373 Solicitation to commit a crime of violence has been violated in the following ways.**

First the Hands and Feet of Jesus or the Catholic Church illegally implanted a "computer chip" in the skull of Plaintiff. Second the above said party dispensed the IP address of Plaintiff's "computer chip" to members of the Hands and Feet of Jesus soliciting that said members contact and engage in illegal activity via the illegally implanted computer chip. Third, that some of the members of the Hands and Feet of Jesus or the Catholic Church were instructed to engage in intimidating, aggressive and hostile ways with the expectation that there would be threats of violence of which there have been 80, indicating a clear pattern of many members to engage in illegal behavior including threats of loss of limb and life and that a crime of violence as defined under US Code 16 includes  threatened use of physical force against the person or property of another, or (b) any other offense that is a felony and that, by its nature, involves a substantial risk that physical force against the person or property of another may be used in the course of committing the offense. As indicated 80 death threats alone substantiate both the intention and propensity to engage in such illegal behavior and that such behaviors were solicited by the Hands and Feet of Jesus or the Catholic Church.

US Code 1466 Obscene visual representations of the sexual abuse of children.

18 U.S. Code OBSCENITY
U.S. Code
§ 1460. Possession with intent to sell, and sale, of obscene matter on Federal property
§ 1461. Mailing obscene or crime-inciting matter
§ 1462. Importation or transportation of obscene matters
§ 1463. Mailing indecent matter on wrappers or envelopes
§ 1464. Broadcasting obscene language
§ 1465. Production and transportation of obscene matters for sale or distribution
§ 1466. Engaging in the business of selling or transferring obscene matter
**§ 1466A. Obscene visual representations of the sexual abuse of children**
§ 1467. Criminal forfeiture
§ 1468. Distributing obscene material by cable or subscription television
§ 1469. Presumptions
§ 1470. Transfer of obscene material to minors
18 U.S. Code § 1466A.Obscene visual representations of the sexual abuse of children
U.S. Code
(a)In General.—Any person who, in a circumstance described in subsection (d), knowingly produces, distributes, receives, or possesses with intent to distribute, a visual depiction of any kind, including a drawing, cartoon, sculpture, or painting, that—
(1)
(A)depicts a minor engaging in sexually explicit conduct; and
(B)is obscene; or
(2)

(A)depicts an image that is, or appears to be, of a minor engaging in graphic bestiality, sadistic or masochistic abuse, or sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; and

(B)lacks serious literary, artistic, political, or scientific value;

or attempts or conspires to do so, shall be subject to the penalties provided in section 2252A(b)(1), including the penalties provided for cases involving a prior conviction.

(b)Additional Offenses.—Any person who, in a circumstance described in subsection (d), knowingly possesses a visual depiction of any kind, including a drawing, cartoon, sculpture, or painting, that—

(1)

(A)depicts a minor engaging in sexually explicit conduct; and

(B)is obscene; or

(2)

(A)depicts an image that is, or appears to be, of a minor engaging in graphic bestiality, sadistic or masochistic abuse, or sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; and

(B)lacks serious literary, artistic, political, or scientific value;

or attempts or conspires to do so, shall be subject to the penalties provided in section 2252A(b)(2), including the penalties provided for cases involving a prior conviction.

(c)Nonrequired Element of Offense.—

It is not a required element of any offense under this section that the minor depicted actually exist.

(d)Circumstances.—The circumstance referred to in subsections (a) and (b) is that—

(1)any communication involved in or made in furtherance of the offense is communicated or transported by the mail, or in interstate or foreign commerce by any means, including by computer, or any means or instrumentality of interstate or foreign commerce is otherwise used in committing or in furtherance of the commission of the offense;

(2)any communication involved in or made in furtherance of the offense contemplates the transmission or transportation of a visual depiction by the mail, or in interstate or foreign commerce by any means, including by computer;

(3)any person travels or is transported in interstate or foreign commerce in the course of the commission or in furtherance of the commission of the offense;

(4)any visual depiction involved in the offense has been mailed, or has been shipped or transported in interstate or foreign commerce by any means, including by computer, or was produced using materials that have been mailed, or that have been shipped or transported in interstate or foreign commerce by any means, including by computer; or

(5)the offense is committed in the special maritime and territorial jurisdiction of the United States or in any territory or possession of the United States.

(e)Affirmative Defense.—It shall be an affirmative defense to a charge of violating subsection (b) that the defendant—

(1)possessed less than 3 such visual depictions; and

(2)promptly and in good faith, and without retaining or allowing any person, other than a law enforcement agency, to access any such visual depiction—

(A)took reasonable steps to destroy each such visual depiction; or

(B)reported the matter to a law enforcement agency and afforded that agency access to each such visual depiction.

(f)Definitions.—For purposes of this section—

(1)the term "visual depiction" includes undeveloped film and videotape, and data stored on a computer disk or by electronic means which is capable of conversion into a visual image, and also includes any

17

photograph, film, video, picture, digital image or picture, computer image or picture, or computer generated image or picture, whether made or produced by electronic, mechanical, or other means;

(2) the term "sexually explicit conduct" has the meaning given the term in section 2256(2)(A) or 2256(2)(B); and

(3) the term "graphic", when used with respect to a depiction of sexually explicit conduct, means that a viewer can observe any part of the genitals or pubic area of any depicted person or animal during any part of the time that the sexually explicit conduct is being depicted.

(Added Pub. L. 108–21, title V, § 504(a), Apr. 30, 2003, 117 Stat. 680.)

**The plaintiff asserts that 18 U.S. Code § 1468.Distributing obscene material by cable or subscription television has been violated as communications with plaintiff's "computer chip" constitute distribution over cable and thus this statute 1468 applies.**

The Hands and Feet of Jesus or the Catholic Church have engaged in placing words, thoughts, visual images and mini movies that contain content regarding the abuse of children in my brain, including two videos of my oldest daughter giving her father oral sex and in the second video crawling into bed with her father suggesting an incestuous relationship that is factually and totally false and it was placed there by prominent persons who should have known better but apparently did not. The opening of my brain and its contents via the "computer chip" in my head will reveal and document the person and persons that engaged in this violation of law, a criminal act and a vile and disgusting behavior.

18 U.S. Code § 3192.Protection of accused
U.S. Code

Whenever any person is delivered by any foreign government to an agent of the United States, for the purpose of being brought within the United States and tried for any offense of which he is duly accused, the President shall have power to take all necessary measures for the transportation and safekeeping of such accused person, and for his security against lawless violence, until the final conclusion of his trial for the offenses specified in the warrant of extradition, and until his final discharge from custody or imprisonment for or on account of such offenses, and for a reasonable time thereafter, and may employ such portion of the land or naval forces of the United States, or of the militia thereof, as may be necessary for the safe-keeping and protection of the accused.

(June 25, 1948, ch. 645, 62 Stat. 825.)

It is my contention that the government of the United States has violated Code 3192 due to failure to protect accused persons from lawless violence, threats, intimidation, by the promoting and enabling of a vigilante, not operating under the color of law and enabled to engage in illegal acts that threaten great bodily harm, harass, intimidate, without the rights afforded an accused person prior to charge or trial as evidenced by 80 death threats, 10 encouragements to commit suicide, verbal assault, demeaning language and attempts to undermine the mental and spiritual health of a citizen who has neither been charged with a crime, convicted of a crime, and this has not been afforded the right of presumed innocence. It is the plaintiff's assertion that it is the duty of the government to protect the accused exists prior to custody as well as during custody if government authorities have pre knowledge of threats of violence, harassment, torture, or any other crimes against humanity, and to not extend such protection is a failure to protect the accused even if the accused has never been charged or cited in a court of law for a criminal or civil crime.

US Code 1961 Rico Act

18 U.S. Code § 1512.Tampering with a witness, victim, or an informant
U.S. Code

A federal law providing for extended criminal penalties and a civil cause of action for acts performed as part of an ongoing criminal organization.

**The Plaintiff asserts that the Hands and Feet of Jesus or the Catholic Church are an "ongoing criminal organization'.**

It is asserted that the Hands and Feet of Jesus or the Catholic Church is an ongoing criminal organization based not on their theology or their religious status but based solely on the wide array of criminal behavior that this organization and its members engage in, that even if they think such illegal behaviors can be justified by the Christian Faith, or conscience, or civil disobedience, which they cannot, the reported criminal acts or activity mentioned in this petition establish a behavioral record that the acts reported cover an array of criminal activity, and are repeated in high numbers, and are habitual behaviors that take place across our entire nation and that these criminal activities are coordinated both formally and informally constituting the very definition of federal code 18 U.S.C. 1961-68 Racketeer Influenced and Corrupt Organizations Act (RICO).

(a)
(1)Whoever kills or attempts to kill another person, with intent to—
(A)prevent the attendance or testimony of any person in an official proceeding;
(B)prevent the production of a record, document, or other object, in an official proceeding; or
(C)prevent the communication by any person to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings;
shall be punished as provided in paragraph (3).
(2)Whoever uses physical force or the threat of physical force against any person, or attempts to do so, with intent to—
(A)influence, delay, or prevent the testimony of any person in an official proceeding;
(B)cause or induce any person to—
(i)withhold testimony, or withhold a record, document, or other object, from an official proceeding;
(ii)alter, destroy, mutilate, or conceal an object with intent to impair the integrity or availability of the object for use in an official proceeding;
(iii)evade legal process summoning that person to appear as a witness, or to produce a record, document, or other object, in an official proceeding; or
(iv)be absent from an official proceeding to which that person has been summoned by legal process; or
(C)hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, supervised release, parole, or release pending judicial proceedings;
shall be punished as provided in paragraph (3).
(3)The punishment for an offense under this subsection is—
(A)in the case of a killing, the punishment provided in sections 1111 and 1112;
(B)in the case of—
(i)an attempt to murder; or
(ii)the use or attempted use of physical force against any person;
imprisonment for not more than 30 years; and

19

(C)in the case of the threat of use of physical force against any person, imprisonment for not more than 20 years.

(b)Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to—

(1)influence, delay, or prevent the testimony of any person in an official proceeding;

(2)cause or induce any person to—

(A)withhold testimony, or withhold a record, document, or other object, from an official proceeding;

(B)alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding;

(C)evade legal process summoning that person to appear as a witness, or to produce a record, document, or other object, in an official proceeding; or

(D)be absent from an official proceeding to which such person has been summoned by legal process; or

(3)hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation [1] supervised release,, parole, or release pending judicial proceedings;

shall be fined under this title or imprisoned not more than 20 years, or both.

(c)Whoever corruptly—

(1)alters, destroys, mutilates, or conceals a record, document, or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding; or

(2)otherwise obstructs, influences, or impedes any official proceeding, or attempts to do so,

shall be fined under this title or imprisoned not more than 20 years, or both.

(d)Whoever intentionally harasses another person and thereby hinders, delays, prevents, or dissuades any person from—

(1)attending or testifying in an official proceeding;

(2)reporting to a law enforcement officer or judge of the United States the commission or possible commission of a Federal offense or a violation of conditions of probation 1 supervised release,,1 parole, or release pending judicial proceedings;

(3)arresting or seeking the arrest of another person in connection with a Federal offense; or

(4)causing a criminal prosecution, or a parole or probation revocation proceeding, to be sought or instituted, or assisting in such prosecution or proceeding;

or attempts to do so, shall be fined under this title or imprisoned not more than 3 years, or both.

(e)In a prosecution for an offense under this section, it is an affirmative defense, as to which the defendant has the burden of proof by a preponderance of the evidence, that the conduct consisted solely of lawful conduct and that the defendant's sole intention was to encourage, induce, or cause the other person to testify truthfully.

(f)For the purposes of this section—

(1)an official proceeding need not be pending or about to be instituted at the time of the offense; and

(2)the testimony, or the record, document, or other object need not be admissible in evidence or free of a claim of privilege.

(g)In a prosecution for an offense under this section, no state of mind need be proved with respect to the circumstance—

(1)that the official proceeding before a judge, court, magistrate judge, grand jury, or government agency is before a judge or court of the United States, a United States magistrate judge, a bankruptcy judge, a Federal grand jury, or a Federal Government agency; or

(2)that the judge is a judge of the United States or that the law enforcement officer is an officer or employee of the Federal Government or a person authorized to act for or on behalf of the Federal Government or serving the Federal Government as an adviser or consultant.

(h)There is extraterritorial Federal jurisdiction over an offense under this section.

(i)A prosecution under this section or section 1503 may be brought in the district in which the official proceeding (whether or not pending or about to be instituted) was intended to be affected or in the district in which the conduct constituting the alleged offense occurred.

(j)If the offense under this section occurs in connection with a trial of a criminal case, the maximum term of imprisonment which may be imposed for the offense shall be the higher of that otherwise provided by law or the maximum term that could have been imposed for any offense charged in such case.

(k)Whoever conspires to commit any offense under this section shall be subject to the same penalties as those prescribed for the offense the commission of which was the object of the conspiracy.

(Added Pub. L. 97–291, § 4(a), Oct. 12, 1982, 96 Stat. 1249; amended Pub. L. 99–646, § 61, Nov. 10, 1986, 100 Stat. 3614; Pub. L. 100–690, title VII, § 7029(a), (c), Nov. 18, 1988, 102 Stat. 4397, 4398; Pub. L. 101–650, title III, § 321, Dec. 1, 1990, 104 Stat. 5117; Pub. L. 103–322, title VI, § 60018, title XXXIII, § 330016(1)(O), (U), Sept. 13, 1994, 108 Stat. 1975, 2148; Pub. L. 104–214, § 1(2), Oct. 1, 1996, 110 Stat. 3017; Pub. L. 104–294, title VI, § 604(b)(31), Oct. 11, 1996, 110 Stat. 3508; Pub. L. 107–204, title XI, § 1102, July 30, 2002, 116 Stat. 807; Pub. L. 107–273, div. B, title III, § 3001(a), (c)(1), Nov. 2, 2002, 116 Stat. 1803, 1804; Pub. L. 110–177, title II, § 205, Jan. 7, 2008, 121 Stat. 2537.)


US Code 1961 Rico Act
18 U.S. Code § 1512.Tampering with a witness, victim, or an informant


(2)Whoever uses physical force or the threat of physical force against any person, or attempts to do so, with intent to—
(A)influence, delay, or prevent the testimony of any person in an official proceeding;
(B)cause or induce any person to—
(i)withhold testimony, or withhold a record, document, or other object, from an official proceeding;
(ii)alter, destroy, mutilate, or conceal an object with intent to impair the integrity or availability of the object for use in an official proceeding;
(iii)evade legal process summoning that person to appear as a witness, or to produce a record, document, or other object, in an official proceeding; or


18 U.S. Code § 1518.Obstruction of criminal investigations of health care offenses
U.S. Code
(a)Whoever willfully prevents, obstructs, misleads, delays or attempts to prevent, obstruct, mislead, or delay the communication of information or records relating to a violation of a Federal health care offense to a criminal investigator shall be fined under this title or imprisoned not more than 5 years, or both.
(b)As used in this section the term "criminal investigator" means any individual duly authorized by a department, agency, or armed force of the United States to conduct or engage in investigations for prosecutions for violations of health care offenses.
(Added Pub. L. 104–191, title II, § 245(a), Aug. 21, 1996, 110 Stat. 2017.)


**The Plaintiff asserts that there are violations of the 18 U.S. Code § 1518.Obstruction of criminal investigations of health care offenses**

The Plaintiff asserts that attempts to gain all past medical records from Health Care facilities were met with the dispensing of only partial records denying the Plaintiff appropriate records pertinent to preparing the present case and that this was done with intent and is an act of Obstruction of Justice.

Further, that Health care workers, doctors, nurses, and support personnel conspired to engage in Social Engineering, or the attempt to apply pressure, to intimidate, to manipulate, to injure the Plaintiff by providing substandard medical care not dictated by best practice or the patient's interest but designed to achieve a less basic goal driven not by patient need but by the interests of outside parties  in particular the Hands and Feet of Jesus or the Catholic Church and to protect self-interest of health care workers involved in illegal activity. Further that communications regarding the presence of a "computer chip" in my head and reported gossip and innuendo were not incorporated in the HIPPA record as all other implants are with manufacturer, series of implant and the identifying serial number of the implant we in fact dispensed and passed from health care worker to worker via the "doctors notes" which provides proof of the desire and intention to engage in and hide illegal behavior that the doctors and medical professionals desired to keep from the plaintiff in violation of medical ethics and best practice.

18 U.S. Code § 1513.Retaliating against a witness, victim, or an informant
U.S. Code
(a)
(1)Whoever kills or attempts to kill another person with intent to retaliate against any person for—
(A)the attendance of a witness or party at an official proceeding, or any testimony given or any record, document, or other object produced by a witness in an official proceeding; or
(B)providing to a law enforcement officer any information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, supervised release, parole, or release pending judicial proceedings,
shall be punished as provided in paragraph (2).
(2)The punishment for an offense under this subsection is—
(A)in the case of a killing, the punishment provided in sections 1111 and 1112; and
(B)in the case of an attempt, imprisonment for not more than 30 years.
(b)Whoever knowingly engages in any conduct and thereby causes bodily injury to another person or damages the tangible property of another person, or threatens to do so, with intent to retaliate against any person for—
(1)the attendance of a witness or party at an official proceeding, or any testimony given or any record, document, or other object produced by a witness in an official proceeding; or
(2)any information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, supervised release, parole, or release pending judicial proceedings given by a person to a law enforcement officer;
or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.
(c)If the retaliation occurred because of attendance at or testimony in a criminal case, the maximum term of imprisonment which may be imposed for the offense under this section shall be the higher of that otherwise provided by law or the maximum term that could have been imposed for any offense charged in such case.
(d)There is extraterritorial Federal jurisdiction over an offense under this section.
(e)Whoever knowingly, with the intent to retaliate, takes any action harmful to any person, including interference with the lawful employment or livelihood of any person, for providing to a law enforcement officer any truthful information relating to the commission or possible commission of any Federal offense, shall be fined under this title or imprisoned not more than 10 years, or both.
(f)Whoever conspires to commit any offense under this section shall be subject to the same penalties as those prescribed for the offense the commission of which was the object of the conspiracy.

22

(g)A prosecution under this section may be brought in the district in which the official proceeding (whether pending, about to be instituted, or completed) was intended to be affected, or in which the conduct constituting the alleged offense occurred.

(Added Pub. L. 97–291, § 4(a), Oct. 12, 1982, 96 Stat. 1250; amended Pub. L. 103–322, title VI, § 60017, title XXXIII, § 330016(1)(U), Sept. 13, 1994, 108 Stat. 1975, 2148; Pub. L. 104–214, § 1(1), Oct. 1, 1996, 110 Stat. 3017; Pub. L. 107–204, title XI, § 1107(a), July 30, 2002, 116 Stat. 810; Pub. L. 107–273, div. B, title III, § 3001(b), (c)(2), title IV, § 4002(b)(4), Nov. 2, 2002, 116 Stat. 1804, 1807; Pub. L. 110–177, title II, §§ 204, 206, Jan. 7, 2008, 121 Stat. 2537.)

18 U.S. Code § 2511.Interception and disclosure of wire, oral, or electronic communications prohibited U.S. Code

(1)Except as otherwise specifically provided in this chapter any person who—

(a)intentionally intercepts, endeavors to intercept, or procures any other person to intercept or endeavor to intercept, any wire, oral, or electronic communication;

(b)intentionally uses, endeavors to use, or procures any other person to use or endeavor to use any electronic, mechanical, or other device to intercept any oral communication when—

(i)such device is affixed to, or otherwise transmits a signal through, a wire, cable, or other like connection used in wire communication; or

(ii)such device transmits communications by radio, or interferes with the transmission of such communication; or

(iii)such person knows, or has reason to know, that such device or any component thereof has been sent through the mail or transported in interstate or foreign commerce; or

(iv)such use or endeavor to use (A) takes place on the premises of any business or other commercial establishment the operations of which affect interstate or foreign commerce; or (B) obtains or is for the purpose of obtaining information relating to the operations of any business or other commercial establishment the operations of which affect interstate or foreign commerce; or

(v)such person acts in the District of Columbia, the Commonwealth of Puerto Rico, or any territory or possession of the United States;

(c)intentionally discloses, or endeavors to disclose, to any other person the contents of any wire, oral, or electronic communication, knowing or having reason to know that the information was obtained through the interception of a wire, oral, or electronic communication in violation of this subsection;

(d)intentionally uses, or endeavors to use, the contents of any wire, oral, or electronic communication, knowing or having reason to know that the information was obtained through the interception of a wire, oral, or electronic communication in violation of this subsection; or

(e)

(i) intentionally discloses, or endeavors to disclose, to any other person the contents of any wire, oral, or electronic communication, intercepted by means authorized by sections 2511(2)(a)(ii), 2511(2)(b)–(c), 2511(2)(e), 2516, and 2518 of this chapter, (ii) knowing or having reason to know that the information was obtained through the interception of such a communication in connection with a criminal investigation, (iii) having obtained or received the information in connection with a criminal investigation, and (iv) with intent to improperly obstruct, impede, or interfere with a duly authorized criminal investigation,

shall be punished as provided in subsection (4) or shall be subject to suit as provided in subsection (5).

(2)

(a)

(i) It shall not be unlawful under this chapter for an operator of a switchboard, or an officer, employee, or agent of a provider of wire or electronic communication service, whose facilities are used in the transmission of a wire or electronic communication, to intercept, disclose, or use that communication in

23

the normal course of his employment while engaged in any activity which is a necessary incident to the rendition of his service or to the protection of the rights or property of the provider of that service, except that a provider of wire communication service to the public shall not utilize service observing or random monitoring except for mechanical or service quality control checks.

(ii)Notwithstanding any other law, providers of wire or electronic communication service, their officers, employees, and agents, landlords, custodians, or other persons, are authorized to provide information, facilities, or technical assistance to persons authorized by law to intercept wire, oral, or electronic communications or to conduct electronic surveillance, as defined in section 101 of the Foreign Intelligence Surveillance Act of 1978, if such provider, its officers, employees, or agents, landlord, custodian, or other specified person, has been provided with—

(A)a court order directing such assistance or a court order pursuant to section 704 of the Foreign Intelligence Surveillance Act of 1978 signed by the authorizing judge, or

(B)a certification in writing by a person specified in section 2518(7) of this title or the Attorney General of the United States that no warrant or court order is required by law, that all statutory requirements have been met, and that the specified assistance is required,

setting forth the period of time during which the provision of the information, facilities, or technical assistance is authorized and specifying the information, facilities, or technical assistance required. No provider of wire or electronic communication service, officer, employee, or agent thereof, or landlord, custodian, or other specified person shall disclose the existence of any interception or surveillance or the device used to accomplish the interception or surveillance with respect to which the person has been furnished a court order or certification under this chapter, except as may otherwise be required by legal process and then only after prior notification to the Attorney General or to the principal prosecuting attorney of a State or any political subdivision of a State, as may be appropriate. Any such disclosure, shall render such person liable for the civil damages provided for in section 2520. No cause of action shall lie in any court against any provider of wire or electronic communication service, its officers, employees, or agents, landlord, custodian, or other specified person for providing information, facilities, or assistance in accordance with the terms of a court order, statutory authorization, or certification under this chapter.

(iii)If a certification under subparagraph (ii)(B) for assistance to obtain foreign intelligence information is based on statutory authority, the certification shall identify the specific statutory provision and shall certify that the statutory requirements have been met.

(b)It shall not be unlawful under this chapter for an officer, employee, or agent of the Federal Communications Commission, in the normal course of his employment and in discharge of the monitoring responsibilities exercised by the Commission in the enforcement of chapter 5 of title 47 of the United States Code, to intercept a wire or electronic communication, or oral communication transmitted by radio, or to disclose or use the information thereby obtained.

(c)It shall not be unlawful under this chapter for a person acting under color of law to intercept a wire, oral, or electronic communication, where such person is a party to the communication or one of the parties to the communication has given prior consent to such interception.

(d)It shall not be unlawful under this chapter for a person not acting under color of law to intercept a wire, oral, or electronic communication where such person is a party to the communication or where one of the parties to the communication has given prior consent to such interception unless such communication is intercepted for the purpose of committing any criminal or tortious act in violation of the Constitution or laws of the United States or of any State.

(e)Notwithstanding any other provision of this title or section 705 or 706 of the Communications Act of 1934, it shall not be unlawful for an officer, employee, or agent of the United States in the normal course of his official duty to conduct electronic surveillance, as defined in section 101 of the Foreign Intelligence Surveillance Act of 1978, as authorized by that Act.

24

(f)Nothing contained in this chapter or chapter 121 or 206 of this title, or section 705 of the Communications Act of 1934, shall be deemed to affect the acquisition by the United States Government of foreign intelligence information from international or foreign communications, or foreign intelligence activities conducted in accordance with otherwise applicable Federal law involving a foreign electronic communications system, utilizing a means other than electronic surveillance as defined in section 101 of the Foreign Intelligence Surveillance Act of 1978, and procedures in this chapter or chapter 121 and the Foreign Intelligence Surveillance Act of 1978 shall be the exclusive means by which electronic surveillance, as defined in section 101 of such Act, and the interception of domestic wire, oral, and electronic communications may be conducted.

(g)It shall not be unlawful under this chapter or chapter 121 of this title for any person—

(i)to intercept or access an electronic communication made through an electronic communication system that is configured so that such electronic communication is readily accessible to the general public;

(ii)to intercept any radio communication which is transmitted—

(I)by any station for the use of the general public, or that relates to ships, aircraft, vehicles, or persons in distress;

(II)by any governmental, law enforcement, civil defense, private land mobile, or public safety communications system, including police and fire, readily accessible to the general public;

(III)by a station operating on an authorized frequency within the bands allocated to the amateur, citizens band, or general mobile radio services; or

(IV)by any marine or aeronautical communications system;

(iii)to engage in any conduct which—

(I)is prohibited by section 633 of the Communications Act of 1934; or

(II)is excepted from the application of section 705(a) of the Communications Act of 1934 by section 705(b) of that Act;

(iv)to intercept any wire or electronic communication the transmission of which is causing harmful interference to any lawfully operating station or consumer electronic equipment, to the extent necessary to identify the source of such interference; or

(v)for other users of the same frequency to intercept any radio communication made through a system that utilizes frequencies monitored by individuals engaged in the provision or the use of such system, if such communication is not scrambled or encrypted.

(h)It shall not be unlawful under this chapter—

(i)to use a pen register or a trap and trace device (as those terms are defined for the purposes of chapter 206 (relating to pen registers and trap and trace devices) of this title); or

(ii)for a provider of electronic communication service to record the fact that a wire or electronic communication was initiated or completed in order to protect such provider, another provider furnishing service toward the completion of the wire or electronic communication, or a user of that service, from fraudulent, unlawful or abusive use of such service.

(i)It shall not be unlawful under this chapter for a person acting under color of law to intercept the wire or electronic communications of a computer trespasser transmitted to, through, or from the protected computer, if—

(I)the owner or operator of the protected computer authorizes the interception of the computer trespasser's communications on the protected computer;

(II)the person acting under color of law is lawfully engaged in an investigation;

(III)the person acting under color of law has reasonable grounds to believe that the contents of the computer trespasser's communications will be relevant to the investigation; and

(IV)such interception does not acquire communications other than those transmitted to or from the computer trespasser.

(j)It shall not be unlawful under this chapter for a provider of electronic communication service to the public or remote computing service to intercept or disclose the contents of a wire or electronic communication in response to an order from a foreign government that is subject to an executive agreement that the Attorney General has determined and certified to Congress satisfies section 2523.

(3)

(a)Except as provided in paragraph (b) of this subsection, a person or entity providing an electronic communication service to the public shall not intentionally divulge the contents of any communication (other than one to such person or entity, or an agent thereof) while in transmission on that service to any person or entity other than an addressee or intended recipient of such communication or an agent of such addressee or intended recipient.

(b)A person or entity providing electronic communication service to the public may divulge the contents of any such communication—

(i)as otherwise authorized in section 2511(2)(a) or 2517 of this title;

(ii)with the lawful consent of the originator or any addressee or intended recipient of such communication;

(iii)to a person employed or authorized, or whose facilities are used, to forward such communication to its destination; or

(iv)which were inadvertently obtained by the service provider and which appear to pertain to the commission of a crime, if such divulgence is made to a law enforcement agency.

(4)

(a)Except as provided in paragraph (b) of this subsection or in subsection (5), whoever violates subsection (1) of this section shall be fined under this title or imprisoned not more than five years, or both.

(b)Conduct otherwise an offense under this subsection that consists of or relates to the interception of a satellite transmission that is not encrypted or scrambled and that is transmitted—

(i)to a broadcasting station for purposes of retransmission to the general public; or

(ii)as an audio subcarrier intended for redistribution to facilities open to the public, but not including data transmissions or telephone calls,

is not an offense under this subsection unless the conduct is for the purposes of direct or indirect commercial advantage or private financial gain.

(5)

(a)(i) If the communication is—

(A)a private satellite video communication that is not scrambled or encrypted and the conduct in violation of this chapter is the private viewing of that communication and is not for a tortious or illegal purpose or for purposes of direct or indirect commercial advantage or private commercial gain; or

(B)a radio communication that is transmitted on frequencies allocated under subpart D of part 74 of the rules of the Federal Communications Commission that is not scrambled or encrypted and the conduct in violation of this chapter is not for a tortious or illegal purpose or for purposes of direct or indirect commercial advantage or private commercial gain,

then the person who engages in such conduct shall be subject to suit by the Federal Government in a court of competent jurisdiction.

(ii)In an action under this subsection—

(A)if the violation of this chapter is a first offense for the person under paragraph (a) of subsection (4) and such person has not been found liable in a civil action under section 2520 of this title, the Federal Government shall be entitled to appropriate injunctive relief; and

(B)if the violation of this chapter is a second or subsequent offense under paragraph (a) of subsection (4) or such person has been found liable in any prior civil action under section 2520, the person shall be subject to a mandatory $500 civil fine.

(b)The court may use any means within its authority to enforce an injunction issued under paragraph (ii)(A), and shall impose a civil fine of not less than $500 for each violation of such an injunction.
(Added Pub. L. 90–351, title III, § 802, June 19, 1968, 82 Stat. 213; amended Pub. L. 91–358, title II, § 211(a), July 29, 1970, 84 Stat. 654; Pub. L. 95–511, title II, § 201(a)–(c), Oct. 25, 1978, 92 Stat. 1796, 1797; Pub. L. 98–549, § 6(b)(2), Oct. 30, 1984, 98 Stat. 2804; Pub. L. 99–508, title I, §§ 101(b), (c)(1), (5), (6), (d), (f)[(1)], 102, Oct. 21, 1986, 100 Stat. 1849, 1851–1853; Pub. L. 103–322, title XXXII, § 320901, title XXXIII, § 330016(1)(G), Sept. 13, 1994, 108 Stat. 2123, 2147; Pub. L. 103–414, title II, §§ 202(b), 204, 205, Oct. 25, 1994, 108 Stat. 4290, 4291; Pub. L. 104–294, title VI, § 604(b)(42), Oct. 11, 1996, 110 Stat. 3509; Pub. L. 107–56, title II, §§ 204, 217(2), Oct. 26, 2001, 115 Stat. 281, 291; Pub. L. 107–296, title XXII, § 2207(h)(2), (j)(1), formerly title II, § 225(h)(2), (j)(1), Nov. 25, 2002, 116 Stat. 2158, renumbered § 2207(h)(2), (j)(1), Pub. L. 115–278, § 2(g)(2)(I), Nov. 16, 2018, 132 Stat. 4178; Pub. L. 110–261, title I, §§ 101(c)(1), 102(c)(1), title IV, § 403(b)(2)(C), July 10, 2008, 122 Stat. 2459, 2474; Pub. L. 115–141, div. V, § 104(1)(A), Mar. 23, 2018, 132 Stat. 1216.)

The Plaintiff asserts that the 18 U.S. Code § 2511.Interception and disclosure of wire, oral, or electronic communications prohibited, has been violated and is subject to the legal criminal and civil penalties of this legal injunction for the following reasons. The "Vigilante" the Hands and Feet of Jesus or the Catholic Church has illegally implanted by surgical means a "computer chip" in the skull of Plaintiff and has by means of (1) (a) and (b) and (b), I,ii,iii of said codification of law intentionally intercepted the contents of the Plaintiff's brain, transmitting it via the said "computer chip", with an "IP" address or identifying serial number used for location and access to the Plaintiff's intellectual property, by means of "computer chip" placed within the skull, below the flesh, above the cranium over or around the left ear and transmitted the contents of Plaintiff's human brain via any wire, oral or electronic communication to an unidentified location stealing the Plaintiff's intellectual property and then dispensing the Intellectual property to members of the Hands and Feet of Jesus a vigilante having no authority of any kind under the color of law, connecting the content of Plaintiff's brain through the use of a "computer interface that links the "computer chip" within the skull of the Plaintiff to a computer or Ai either at Notre Dame University or another location of the Hands and Feet of Jesus where such electronic communication devices and resources are maintained for the purpose of such interception, and the existence of such facilities document both the intent to "intercept" and the ability to do so. Further that the Plaintiff's privacy rights have been violated, the said Plaintiff has been verbally and emotionally abused by this intentional interception and dispensing of the private content of a human brain and has also incurred various criminal violations noted in this document and also has violated the civil rights of the Plaintiff, specifically being that of the Fifth and Fourteenth amendments to the United States constitution. Further that under (1) (d) the statute of law states the following; (d)It shall not be unlawful under this chapter for a person not acting under color of law to intercept a wire, oral, or electronic communication where such person is a party to the communication or where one of the parties to the communication has given prior consent to such interception unless such communication is intercepted for the purpose of committing any criminal or tortious act in violation of the Constitution or laws of the United States or of any State.

**The plaintiff is asserting that 18 U.S. Code § 1513.Retaliating against a witness, victim, or an informant** has been violated as plaintiff is both a witness and an informant of the reported torture, abuse, death threats and other violations of plaintiffs civil rights. It is asserted that the plaintiff both witness and informant has been threatened repeatedly approximately 80 death threats, a minimum of 10 times encouraged to commit suicide, has  been harassed, intimated, vilified, abused verbally and threats have

been made to retaliate in financial ways, in the inappropriate use or lack of use of government, in the denial of other rights granted American Citizens that were used as threats involving retaliation in numerous ways attempting to keep the witness or informant from pursuing his legal rights and which the plaintiff asserts are also attempts to Obstructive justice.

Fifth Amendment

Fifth Amendment: An Overview
The Fifth Amendment of the U.S. Constitution provides, "No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation."

The clauses incorporated within the Fifth Amendment outline basic constitutional limits on police procedure. The Framers derived the Grand Juries Clause and the Due Process Clause from the Magna Carta, dating back to 1215. Scholars consider the Fifth Amendment as capable of breaking down into the following five distinct constitutional rights: 1) right to indictment by the grand jury before any criminal charges for felonious crimes, 2) a prohibition on double jeopardy, 3) a right against forced self-incrimination, 4) a guarantee that all criminal defendants have a fair trial, and 5) a guarantee that government cannot seize private property without making a due compensation at the market value of the property.

While the Fifth Amendment originally only applied to federal courts, the U.S. Supreme Court has partially incorporated the 5th amendment to the states through the Due Process Clause of the Fourteenth Amendment.  The right to indictment by the Grand Jury has not been incorporated, while the right against double jeopardy, the right against self-incrimination, and the protection against arbitrary taking of a private property without due compensation have all been incorporated to the states.

Grand Juries
Grand juries are a holdover from the early British common law dating back hundreds of years.  Deeply-rooted in the Anglo-American tradition, the grand jury was originally intended to protect the accused from overly-zealous prosecutions by the English monarchy.  In the early phases of the development of the U.S. Constituion, the Founding Fathers have decided to retain the Grand Jury system as a protection against over-zealous prosecution by the central government. Although the Supreme Court in Hurtado v. California in 1884 has refused to incorporate the Grand Jury system to all of the states, most states have independently decided to retain a similar form of Grand Jury, and currently, all but two states (Connecticut and Pennsylvania) have the grand jury.

Congressional statutes outline the means by which a federal grand jury shall be impaneled. Ordinarily, the grand jurors are selected from the pool of prospective jurors who potentially could serve on a given day in any juror capacity. At common-law, a grand jury consists of between 12 and 23 members. Because the Grand jury was derived from the common-law, courts use the common-law as a means of interpreting the Grand Jury Clause. While state legislatures may set the statutory number of grand jurors anywhere within the common-law requirement of 12 to 23, statutes setting the number outside of this range violate the Fifth Amendment. Federal law has set the federal grand jury number as falling between 16 and 23.

A person being charged with a crime that warrants a grand jury has the right to challenge members of the grand juror for partiality or bias, but these challenges differ from peremptory challenges, which a

28

defendant has when choosing a trial jury. When a defendant makes a peremptory challenge, the judge must remove the juror without making any proof, but in the case of a grand juror challenge, the challenger must establish the cause of the challenge by meeting the same burden of proof as the establishment of any other fact would require. Grand juries possess broad authority to investigate suspected crimes. They may not, however, conduct "fishing expeditions" or hire individuals not already employed by the government to locate testimony or documents. Ultimately, grand juries may make a presentment, informing the court of their decision to indict or not indict the suspect.  If they indict the suspect, it means they have decided that there is a probable cause to believe that the charged crime has indeed been committed and by the suspect

Double Jeopardy

The Double Jeopardy Clause aims to protect against the harassment of an individual through successive prosecutions of the same alleged act, to ensure the significance of an acquittal, and to prevent the state from putting the defendant through the emotional, psychological, physical, and financial troubles that would accompany multiple trials for the same alleged offense. Courts have interpreted the Double Jeopardy Clause as accomplishing these goals by providing the following three distinct rights: a guarantee that a defendant will not face a second prosecution after an acquittal, a guarantee that a defendant will not face a second prosecution after a conviction, and a guarantee that a defendant will not receive multiple punishments for the same offense. Courts, however, have not interpreted the Double Jeopardy Clause as either prohibiting the state from seeking review of a sentence or restricting a sentence's length on rehearing after a defendant's successful appeal.

Jeopardy refers to the danger of conviction. Thus, jeopardy does not attach unless a risk of the determination of guilt exists. If some event or circumstance prompts the trial court to declare a mistrial, jeopardy has not attached if the mistrial only results in minimal delay and the government does not receive added opportunity to strengthen its case.

Self-Incrimination

The Fifth Amendment also protects criminal defendants from having to testify if they may incriminate themselves through the testimony. A witness may "plead the Fifth" and not answer if the witness believes answering the question may be self-incriminatory.

In the landmark Miranda v. Arizona ruling, the United States Supreme Court extended the Fifth Amendment protections to encompass any situation outside of the courtroom that involves the curtailment of personal freedom. 384 U.S. 436 (1966). Therefore, any time that law enforcement takes a suspect into custody, law enforcement must make the suspect aware of all rights. Known as Miranda rights, these rights include the right to remain silent, the right to have an attorney present during questioning, and the right to have a government-appointed attorney if the suspect cannot afford one.

However, courts have since then slightly narrowed the Miranda rights, holding that police interrogations or questioning that occur prior to taking the suspect into custody does not fall within the Miranda requirements, and the police are not required to give the Miranda warnings to the suspects prior to taking them into custody, and their silence in some instances can be deemed to be implicit admission of guilt.

If law enforcement fails to honor these safeguards, courts will often suppress any statements by the suspect as violating the Fifth Amendment protection against self-incrimination, provided that the suspect has not actually waived the rights. An actual waiver occurs when a suspect has made the waiver knowingly, intelligently, and voluntarily. To determine if a knowing, intelligent and voluntary waiver has occurred, a court will examine the totality of the circumstances, which considers all pertinent circumstances and events. If a suspect makes a spontaneous statement while in custody prior to being made aware of the Miranda rights, law enforcement can use the statement against the suspect, provided that police interrogation did not prompt the statement.  The Fifth Amendment right does not extend to an individual's voluntarily prepared business papers because the element of compulsion is

lacking.   Similarly, the right does not extend to potentially incriminating evidence derived from obligatory reports or tax returns.

To be self-incriminating, the compelled answers must pose a "substantial and 'real,' and not merely a "trifling or imaginary hazard" of criminal prosecution

After Congress passed the Crime Control and Safe Streets Act, some felt that the statute by implication overruled the requirements of Miranda. Some scholars also felt that Congress constitutionally exercised its power in passing this law because they felt that Miranda represented a matter of judicial policy rather than an actual manifestation of Fifth Amendment protections. In Dickerson v. United States the U.S. Supreme Court rejected this argument and held that the Warren Court had directly derived Miranda from the Fifth Amendment.

Due Process Clause

The guarantee of due process for all persons requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive any person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding. While the Fifth Amendment only applies to the federal government, the identical text in the Fourteenth Amendment explicitly applies this due process requirement to the states as well.

Courts have come to recognize that two aspects of due process exist: procedural due process and substantive due process. The procedural due process aims to ensure fundamental fairness by guaranteeing a party the right to be heard, ensuring that the parties receive proper notification throughout the litigation, and ensures that the adjudicating court has the appropriate jurisdiction to render a judgment. Meanwhile, substantive due process has developed during the 20th century as protecting those substantive rights so fundamental as to be "implicit in the concept of ordered liberty."

Just Compensation Clause

While the federal government has a constitutional right to "take" private property for public use, the Fifth Amendment's Just Compensation Clause requires the government to pay just compensation, interpreted as market value, to the owner of the property, valued at the time of the takings.  The U.S. Supreme Court has defined fair market value as the most probable price that a willing but unpressured buyer, fully knowledgeable of both the property's good and bad attributes, would pay. The government does not have to pay a property owner's attorney's fees, however, unless a statute so provides.

In 2005, in Kelo v. City of New London, the U.S. Supreme Court had rendered a controversial opinion in which they held that a city could constitutionally seize private property for private commercial development, where the redevelopment would economically benefit an area that was "sufficiently distressed to justify a program of economic rejuvenation.  545 U.S. 469 (2005).  However, after the Kelo decision, some state legislatures passed statutory amendments to counteract Kelo and expand protection for the condemnees.  See e.g., Condemnation by Redevelopment Auth. of Fayette Certain Land in Brownsville Borough v. Redevelopment Auth., 152 A.3d 375, 376 (Pa. Commw. Ct. 2016). Nevertheless, Kelo remains a valid law under the federal context, and its broad interpretation of "public use" still holds true under the federal protection for the Fifth Amendment right to just compensation.

Last Edited by Jonathan Kim, June 2017


**Plaintiff is asserting that my Fifth Amendment rights under the Constitution have been violated under**

(1) the right to indictment by the grand jury before any criminal charges for felonious crimes (2) prohibition on double jeopardy (4) A guarantee that all criminal defendants have a fair trial (Procedural Due Process) was violated due to the above violations and the principle of a speedy trial.

Definition from Nolo's Plain-English Law Dictionary

30

In criminal prosecutions, the right of a defendant to have a trial within a short time, premised on the Fifth Amendment's guarantee of due process. Each state has a statute or constitutional provision limiting the time an accused person may be held before trial (for example, 45 days). Charges must be dismissed and the defendant released if the period expires without trial. However, defendants often waive the right to a speedy trial in order to prepare a stronger defense or negotiate a plea to a lesser offense.

It is asserted that the United States of America allowed, perpetuated, empowered, enabled through foreknowledge, through legal inaction, through obstruction of justice, the existence of a Religious Vigilante, meaning a religious entity with no legal authority to enforce any laws, to punish, harass, threaten, intimidate persons never charged with a crime, and thus never having a grand jury forward an indictment of any kind or legal force and the Vigilante upon presenting "false choices", engaged in the illegal implantation of a "computer chip" within the persons head, and proceeded to engage in "torture", terrorism, providing material support to terrorists, inciting crimes of violence, stalking and solicitation to commit a crime of violence, all in violation of a proper grand jury  indictment, including the possible exposure to "double jeopardy" the punishment by a "Vigilante", and the state while never being charged with a crime of any kind. That the guarantee of a fair trial was violated denying the right of trial and the right of a speedy trial, both denied under the guise of "false choices" presented by a Vigilante with no authority to judge, or punish anyone lacking any legal standing and attempting to engage in behaviors in violation of their own concept of "subsidiary", usurping the role and privileges of government and engaging in religious persecution.

It is further asserted that if said "Vigilante" entered into a contract of any kind with the plaintiff that contract is null and void based on signing of the contract under false pretenses, the "vigilante" presenting false choices, and that the plaintiff was not given a copy of the said assumed contract, and that the plaintiff's memory was "wiped" via medication so that the plaintiff was neither aware of the illegal implanted "computer chip" or aware of any contract denying the plaintiff the ability for the withdrawal of any person engaged in human experimentation upon notice violating both the Helsinki and the Nuremberg accords, I will call it wire taping of the plaintiff's brain an illegal act engaged upon by manipulation, false information, threat and intimidation all making any contract null and void. In addition I do not believe that any contract allows any "entity" either legal or illegal to engage in "torture", Abuse, intimidation, harassment, religious persecution, or implant any foreign object not approved by the FDA in the human body due to issues related to health and safety.

It is further asserted that the Fifth Amendment right of self-protection was denied as any admission of inappropriate behavior was not given to a lawful authority, that Miranda rights were not read, provided or explained by a lawful authority, and even if such took place any admission was not reported to proper legal authorities at all or in a timely manner assuring legal rights and a fair trial. Further that a ultimatum such as "we will do whatever we want to you" and if you "report us we will destroy you" are acts of intimidation and threatened violence which are completely consistent with the 80 death threats I have received, the 10 encouragements to commit suicide, and the attempts to destroy my self-esteem, my mental health, attempting to weaponize mental health issues, and to destroy matters of faith and religion, violations of the freedom of religion right of all Americans all violations of both criminal and civil law.

Fourteenth Amendment

## Overview

The Fourteenth Amendment contains a number of important concepts, most famously state action, privileges & immunities, citizenship, due process, and equal protection—all of which are contained in Section One. However, the Fourteenth Amendment contains four other sections. Section Two deals with the apportionment of representatives to Congress. Section Three forbids anyone who participates in "insurrection or rebellion" against the United States from holding federal office. Section Four addresses federal debt and repudiates debts accrued by the Confederacy. Section Five expressly authorizes Congress to enforce the Fourteenth Amendment "by appropriate legislation." The states ratified the Fourteenth Amendment in 1868 in the immediate aftermath of the American Civil War, along with the other Reconstruction Amendments—the Thirteenth and Fifteenth.

## Citizenship

Also known as the Naturalization Clause, the Citizenship Clause is contained in Section One of the Fourteenth Amendment. The clause conferred U.S. and state citizenship at birth to all individuals born in the United States.

## African-Americans

In Scott v. Sanford, 60 U.S. 393 (1857), the Supreme Court held that African Americans were not U.S. citizens, even if they were free.

The Fourteenth Amendment, however, guaranteed that everyone born or naturalized in the United States and under its jurisdiction would be a United States citizen. It also ensured that federal citizenship was also made primary, which meant that states could not prevent freed slaves from obtaining state citizenship and thus federal citizenship. As such, the Fourteenth Amendment effectively overturned Sanford v. Scott.

## Native Americans

In Elk v. Wilkins, 112 U.S. 94 (1884), the Supreme Court held that children born to members of Native American tribes governed by local tribal governments were not automatically granted citizenship under the Fourteenth Amendment. Congress, however, granted citizenship to Native Americans in 1924 when it passed the Indian Citizenship Act.

## Chinese-Americans

In United States v. Wong Kim Ark, 169 U.S. 649 (1898), the Supreme Court held that when a child is born in America to non-citizen Chinese parents, that child is a United States citizen. The Court in Wong Kim also applied that ruling "[a]ll persons born or naturalized in the United States," finding that those persons "are citizens of the United States and of the State wherein they reisde."

## State Action

The State Action Clause of the Fourteenth Amendment declares that a state cannot make or enforce any law that abridges the privileges or immunities of any citizen. In the Civil Rights Cases, 109 U.S. 3 (1883), the Supreme Court ruled that the Civil Rights Act of 1875, which prohibited racial discrimination in public accommodations, was unconstitutional because it tried to regulate private actors. The Court decided in United States v. Guest, 383 U.S. 745 (1966) that the Enforcement Clause gave Congress the power to regulate the private of individuals who conspired with state officials to deprive people of their rights under Section One of the Fourteenth Amendment. In later cases, the Courts tried to distance itself from the Guest decision, and in United States v. Morrison, 529 U.S. 598 (2000), the Supreme Court rejected Guest, and struck down part of the Violence Against Women Act that provided a civil remedy for victims of sex-related violence.

The Court also handled a number of cases dealing with racial discrimination by private actors. In Shelley v. Kraemer, 334 U.S. 1 (1948), the Supreme Court decided that the judicial enforcement of a private restrictive covenant that prohibited non-Caucasian occupants violated equal protection to a black buyer, even though enforcing private restrictive covenants was generally valid and enforceable. In Burton v. Wilmington Parking Authority, 365 U.S. 715 (1961), a restaurant which leased space in a public parking

32

garage was found to engage in racially discriminatory practices. The Supreme Court, influenced by the fact that the garage was used for public parking, ruled that the restaurant was closely tied to the state in such a way that the discrimination could be considered state action. As such, the Supreme Court decided that the restaurant's discrimination unconstitutionally violated the Equal Protection Clause. The Supreme Court in Reitman v. Mulkey, 387 U.S. 369 (1967) struck down a California constitutional amendment that prohibited enacting any law that restricted an individual from refusing to sell land to a buyer for any reason. The Court's argument seemed to be that the amendment to the state constitution was a state action violating equal protection.

In a number of cases, the Court has continued to limit state action claims against private individuals. In Jackson v. Metropolitan Edison Co., 419 U.S. 345 (1974), the Supreme Court ruled that Section One of the Fourteenth Amendment does not apply when electric utilities stop service to customers. The Court also determined in Flagg Brothers, Inc. v. Brooks, 436 U.S. 149 (1978) that there was no Section One liability for a warehouseman selling stored property to make good back payments.

Privileges and Immunities Clause

There has been some debate over the meaning of the Privileges and Immunities Clause with several possible original meanings. A question arises as to whether the clause meant that all state laws should be applied equally to its citizens or that state laws should have certain substantive content. The substantive view can be further divided into two categories. One view is that these privileges and immunities include all of the rights in the Constitution, including the Bill of Rights. Thus, this view sees the purpose of the Privileges and Immunities Clause as applying all of the rights in the Constitution to all of the states. Another view is that it only meant to make the Bill of Rights applicable to the states.

In Corfield v. Coryell, 6 Fed. Cas. 546 (No. 3,230)(C.C.E.D.Pa., 1823), an early case concerning the Privileges and Immunities Clause, found that the Clause protects certain fundamental rights of all citizens. However, in Slaughter-House Cases, 83 U.S. 36 (1873), the Supreme Court rejected that interpretation, holding that the privileges of national citizenship were substantive, but they came about as a result of the federal government, the Constitution, or other laws. The fundamental natural rights were not included, and thus the equality function of the Privileges and Immunities Clause was taken over by the Equal Protection Clause and the substantive functions were taken by the Due Process Clause. Aside from one case that was later overruled, the Supreme Court did not use the Privileges and Immunities Clause as the basis for decisions until 1999 with Saenz v. Roe, 526 U.S. 489 (1999), where California set welfare benefits for new residents at a certain level equal to what their former state provided for the first year of residency in California. The Court decided that part of the fundamental right to interstate travel was for new citizens of a state to be treated like other citizens of the state.

Due Process Clause

The Fifth and Fourteenth Amendments both contain a Due Process Clause, although the Fourteenth Amendment applies explicitly to the states. The Supreme Court has interpreted the Due Process Clauses in both articles as having the same meaning, as Justice Frankfurter describes in his concurrence in Malinski v. New York, 324 U.S. 401 (1945): "To suppose that "due process of law" meant one thing in the Fifth Amendment and another in the Fourteenth is too frivolous to require elaborate rejection."

Due process is generally understood to contain two concepts: procedural due process and substantive due process.

Procedural Due Process

Procedural due process guarantees fairness to all individuals. This fairness might require different elements to the accused, including the opportunity to be heard, given notice, and be given a judicial decision with a stated rationale. As a basic rule, the more important the right, the stricter the procedural process must be. The Supreme Court has defined what property and liberty interests are in different cases. In the case Board of Regents v. Roth, 408 U.S. 564 (1972), the Court held, "The Fourteenth Amendment does not require opportunity for a hearing prior to the nonrenewal of a nontenured state

33

teacher's contract unless he can show that the nonrenewal deprived him of an interest in 'liberty' or that he had a 'property' interest in continued employment, despite the lack of tenure or a formal contract."

## Substantive Due Process

Although procedural due process is widely accepted, substantive due process is a bit more controversial. Modern debate regarding the substantive due process clause tends to focus on certain liberties which the Supreme Court has interpreted as belonging to citizens, with a large focus on economic liberties, such as the right to create a private contracts.

## Economic Rights

Starting in the late 1800s, the Supreme Court used substantive due process to uphold a number of economic rights. In Lochner v. New York, 198 U.S. 45 (1905), the Supreme Court held that the Fourteenth Amendment protects a general right to make private contracts, and that a state may not interfere with this liberty in the name of protecting the health of the worker. The Supreme Court continued with the liberty-of-contract doctrine in Adkins v. Children's Hosp., 261 U.S. 525 (1923) by holding that a minimum wage law for nurses violated the Due Process Clause. The Court also used substantive due process to protect other fundamental rights, such as in Pierce v. Society of Sisters, 268 U.S. 510 (1925) when the Court held that parents have the right to refuse to send their children to public school .

After the New Deal and the Constitutional Revolution of 1937 when the Court started to defer more frequently to Congress on issues of economic legislation, the Supreme Court's interpretation of the Due Process Clause changed. Regarding Lochner's right to contract, two cases went directly against that holding. In Nebbia v. New York, 291 U.S. 502 (1934), the Supreme Court held that the state legislature may regulate prices of items, notwithstanding a right to private contract. And in West Coast Hotel Co. v. Parrish, 300 U.S. 379 (1937), the Supreme Court upheld Washington's state minimum wage law, effectively ending the Lochner era ideals of the right to private contract superseding a legislature's economic regulatory abilities.

## Privacy Rights

The Supreme Court has also used substantive due process to endorse other rights, such as privacy rights. In Griswold v. Connecticut, 381 U.S. 479 (1965), the Supreme Court endorsed a right to privacy, partially relying on substantive due process. The Court relied upon the right to privacy in several other cases involving individual liberties, such as permitting abortions in Roe v. Wade, 410 U.S. 113 (1973), and permitting private homosexual acts in Lawrence v. Texas, 539 U.S. 558 (2003). The Supreme Court did establish a limit to the doctrine in Washington v. Glucksberg, 521 U.S. 702 (1997), when it ruled that assisted suicide was not a liberty upheld under substantive due process.

## Equal Protection

The Equal Protection clause of the Fourteenth Amendment is one of the most litigated sections of the Constitution. As a brief overview, the clause refers to the fact that all citizens of the United States are guaranteed equal protection under the laws of the United States. When a statute or ordinance discriminates against an individual or a class of individuals, and those individuals sue, the court will apply one of three levels of scrutiny to the law in question:

## Rational Basis

this is the lowest level of scrutiny imposed

## Intermediate Scrutiny

this is an intermediate level of scrutiny imposed (typically used for laws which discriminate on the basis of gender, disability, or illegitimacy)

## Strict Scrutiny

this is the highest level of scrutiny imposed (typically used for laws which discriminate on the basis of race, national origin, alienage, or religion, as well as for laws which infringe on fundamental rights)

34

For a full in-depth analysis of equal protection, see the Equal Protection page of the Legal Information Institute.

Apportionment

Section Two of the Fourteenth Amendment deals with apportionment of representatives from the southern states. The abolition of slavery meant that the representation of the former slave in the House of Representatives increased. This clause of the Fourteenth Amendment was drafted to encourage Southern states to grant blacks the right to vote without forcing them to do so. Congress did not really try to enforce the clause. In Saunders v. Wilkins 152 F.2d 235 (4th Cir. 1945), a candidate for Congress from Virginia sued under Section Two of the Fourteenth Amendment, trying to force the state to adopt an at-large electoral system because the state was not eligible for the nine electoral seats it had been granted after the 1940 census. The Court dismissed the case as a political question. This section is still in operation and would operate in future cases of rebellion. The Supreme Court affirmed in Richardson v. Ramirez, 418 U.S. 24 (1974) that under Section Two, states can prohibit convicted felons from voting after serving their prison sentence. Taking away the right to vote is referred to as "disenfranchisement, "and you can read more about it in the Wex article titled "Civil Rights."

Disqualification for Rebellion

Section Three of the Fourteenth Amendment disqualifies an individual from serving as a state or federal official if that person has "engaged in insurrection or rebellion against" the United States. Although the clause was written in the context of the Civil War, it would theoretically still apply for members of future rebellions or insurrections against the United States.

Debt

The fourth section of the Fourteenth Amendment involved making the national debt sacrosanct and repudiating Confederate debt. In Branch v. Haas 7 Va. L.J. 473 (1883), a federal court decided that contracts involving Confederate debt would not be enforced, although contracts that involve Confederate currency are enforceable to prevent injustice to those who were required to accept them during the Civil War. The issue of the repudiation of the United States' debt came up again in the Gold Clause Cases (1935). In those cases, the Supreme Court held that Congress exceeded its authority by refusing to pay bonds in gold, but that the debt holders could not recover because the damage was only nominal.

Enforcement Clause

Section Five of the Fourteenth Amendment is also known as the Enforcement Clause. This Clause grants Congress the power to pass laws that make Sections One through Four of the Fourteenth Amendment effective.

Scope

One of the limitations on the Enforcement Clause is that Congress is only permitted to enforce the provision through appropriate legislation. In Katzenbach v. Morgan, 384 U.S. 641 (1966), the Supreme Court's holding suggested that Congress could define the substantive scope of the Fourteenth Amendment. However, the Supreme Court rejected this suggestion in City of Boerne v. Flores, 521 U.S. 507 (1997).

Enforcement Against Private Parties

In the Civil Rights Cases (1883), the Court ruled that Congress did not have the power to legislate against discrimination by private individuals, because Section One of the Fourteenth Amendment only applied to actions committed by a state or state agents. However, if the private party discriminates while engaging in public action (such as a private university which accepts federal funding), then that party would be subject to the Fourteenth Amendment.

Speedy Trial Act (1974)

35

Codified at 18 U.S.C.A. § 3161 et seq., this act requires, among other things, a criminal defendant to be brought to trial within seventy days of either his or her indictment or first appearance in court.  Certain delays are, also, automatically excluded from the seventy-day period.

Speedy trial

Definition from Nolo's Plain-English Law Dictionary
In criminal prosecutions, the right of a defendant to have a trial within a short time, premised on the Fifth Amendment's guarantee of due process. Each state has a statute or constitutional provision limiting the time an accused person may be held before trial (for example, 45 days). Charges must be dismissed and the defendant released if the period expires without trial. However, defendants often waive the right to a speedy trial in order to prepare a stronger defense or negotiate a plea to a lesser offense.

**It is asserted that the plaintiff's Fourteenth Amendment rights were violated in the following ways:**

First no grand jury was ever convened, no legal charges ever filed, no Miranda rights given by a legal authority, if given by legal authority the legal issues were not reported to legal authorities or presented to law enforcement in a way that could assure Due Process, procedurally or substantively, a speedy trial or Equal Protection under the Fourteenth Amendment was violated. The Vigilante the Hands and Feet of Jesus or the Catholic Church violated consistently and persistently violated the plaintiffs right of privacy by dispensing personal information stolen via the illegally implanted "computer chip" to parties throughout the community including the work place, churches, clubs, Financial institutions, and neighborhood and that said "Vigilante" spread false and inflammatory gossip and lies to the above parties and that such actions are libelous and violations of the right of privacy and violations of criminal and civil law.

18 U.S. Code § 1113.Attempt to commit murder or manslaughter
U.S. Code
Notes
prev | next
Except as provided in section 113 of this title, whoever, within the special maritime and territorial jurisdiction of the United States, attempts to commit murder or manslaughter, shall, for an attempt to commit murder be imprisoned not more than twenty years or fined under this title, or both, and for an attempt to commit manslaughter be imprisoned not more than seven years or fined under this title, or both.
(June 25, 1948, ch. 645, 62 Stat. 756; Pub. L. 100–690, title VII, § 7058(c), Nov. 18, 1988, 102 Stat. 4403; Pub. L. 101–647, title XXXV, § 3534, Nov. 29, 1990, 104 Stat. 4925; Pub. L. 104–132, title VII, § 705(a)(5), Apr. 24, 1996, 110 Stat. 1295.)

If you were going to create a plan to kill a 70 year old man and get away with it how might you do it? Well, you could encourage him to engage in an unhealthy life style, try and get him to overeat, to under exercise, to not go to the doctor, perhaps not give him the appropriate colonoscopy that is recommended because his grandfather on his mother's side had colon cancer, you could prescribe him psychotropic medication that shortens his life span, you could oh give him Coreg a medication that fights blood pressure by lowering the rhythm of the heart slowing the heartbeat and exacerbating 5 pre-existing conditions including high cholesterol, low heart rate, heart beating less than 55 beats per minute and if the Coreg just happens to result in "hypocardia" a drastic drop in the heart beat than you

will die quickly and easily, and the doctors will have an excuse, yup, he's dead, his heart just stopped, nothing we could do, just happened, didn't see it coming I was catching the daily baseball scores, and I turned around and he was dead, bury him people die all the time, someone check the "doctor's notes" and see if there is anything non-Jewish in there, anything out of the ordinary, and why do doctor's need a private stash of notes that do not go into the HIPPA medical record, anyone? Any notes in there about "computer chips" and I don't know reports of something or other that could indicate the real direction of a given medical intervention? Do doctors practice "Social Engineering", is that what the women I know were doing, social engineering? Can someone tell me why a woman would ever have "breast surgery" without anesthetic, anyone? Ah, they ran out of "anesthetic", of course, I understand, they wanted to do a "colonoscopy" on me without anesthetic, I said, I'll pass, didn't seem like the right move, I don't know, what do you think? Would doctors try and kill me because I was telling on them implanting "illegal" computer chips in people's heads and not documenting it in the medical record or discussing it with their patient, the issue going unmentioned for years by any doctors you dealt with, probably an oversite? A man is in the recovery room, on the other side of the curtain beds separated by sheets on chains, a man says, "If you out us you better not come back to this hospital", what does that even mean? " Nurse thanks for dealing with our special patient?" Special patient? I'm sure they were talking about the guy in the bed next to me closest to the door, ah, no man in the bed closest to the door, "nurse would you like a 15 to do this dude, you know, stick a catheter in that little hole, in his pee pee and make him cry like a baby, no give me a 13, no a 23, doesn't matter we'll get it in any way we have to, "doctor I can feel a lump where my hernia was, "son I am sure it is just fluid, I'd check it but I don't want to, so don't worry, if you have to come back it is not a problem is it? And by the way there is a 30% chance the procedure you just had will fail so don't be surprised if you need to come back, two days later, yup, it's a hernia, same one you went in with you come out with, top ten hospital, University of Michigan, probably just luck of the draw, the Swedish Journal of Medicine says the procedure you just had fails 1.7 % of the time, ah, the doctor was probably just guesstimating they do that is surgery, don't they? Somebody get the doctor's notes I want to read them, was it Jack the Ripper in the garage with a hammer? Na, they aren't trying to kill me are they, why would they do that?

18 U.S. Code § 1117.Conspiracy to murder
U.S. Code
Notes
If two or more persons conspire to violate section 1111, 1114, 1116, or 1119 of this title, and one or more of such persons do any overt act to effect the object of the conspiracy, each shall be punished by imprisonment for any term of years or for life.
(Added Pub. L. 92–539, title I, § 101, Oct. 24, 1972, 86 Stat. 1071; amended Pub. L. 103–322, title VI, § 60009(b)(1), Sept. 13, 1994, 108 Stat. 1972.)

It is asserted that there has been a violations of U.S. Code Criminal 1117 Conspiracy to murder

An illegal computer chip is surgically implanted in my skull, above or around the left ear, below the flesh, above the cranium. This computer chip is a conduit between my human brain and a computer interface or computer program connected to a Ai or computer that broadcasts signals from the Ai computer to the "computer chip" in my skull, via radio waves, such as cell phone signals, across cable and electronic equipment to my "computer chip" that has a serial number or IP address that identifies the computer chip, its location and the person to whom it is assigned. There is coordination that takes place between the Catholic Church and the members of the Hands and Feet of Jesus in recording the IP addresses, determining who to dispense the IP address to and when. There is recruitment of members of the Hands and Feet of Jesus from higher ups who determine selected "actors" from the membership and people in

37

the community to participate in this endeavor and limited information is provided to participants, frequently being given only packets of information is the same way that the CIA or the Mob give out limited information to let's say a "hitman". "The Hitman is given the target, the mission or desired outcome and perhaps some personal information about the target but generally a "caricature" of the target and neither balanced or complete histories being given, frequently leaving the Hitman to draw his own conclusions and when the second hand information given from the Hands and Feet is relied upon information is dispensed in an uneven way calculated to help the Hitman draw the conclusions that the higher ups in the Hands and Feet want the Hitman to draw, leaving the Hitman with minimal information to draw conclusions and decide to act in a way that would or could be illegal putting the "Hitman" at risk, and requiring the Hitman actors to act on limited information including gossip, innuendo and slander, and this is all justified by a conceptual paradigm of "Situational Ethics" making all morality subject to the "person" and the "circumstance" and employing the concept of "conscience" all combining to create an assumption of "morality" but in reality being as subjective as the people, circumstances and the working order of the persons "conscience", making moral  behavioral choices as subjective and arbitrary, leaving morality up to the individual, the situation he/she is in and dependent on a conscience that may or may not be working the way it should, some "consciences" being as scripture says "seared with a hot iron" , lacking the necessary feeling and empathy to make a moral decision that is consistent with in a given paradigm and forming a consistent pattern of moral behavior, it is for the Christian a "leaning on your own understanding" rather than "Obeying Jesus" and demonstrating your love for Jesus in your obedient behavior. It is totally subjective and capricious, based on how we feel, the operational needs we have at a given moment, and the condition of our "conscience". What many abuse victims fail to realize is that it is not simply the offenders conscience that is affected by trauma but the victims as well, the victim often becoming or resembling the offender in terms of empathy and ability to understand the dynamics of a given situation and not be motivated or dominated by one feeling or need. Victims that are taught that retribution = Empowerment as "Punishers" are taught are then driven by what DBT calls "Emotional mind" the pain of their unresolved trauma and their hatred of the victimizer and the payoff of what I call the "Charles Bronson" payoff, the "yah, the bad guy got his", a common emotion and payoff we all or most of us get from simply watching with interest a "Revenge" movie but its payoff is perhaps shorter than an "organism" and the victim embroiled, soaking in their pain quickly needs another fix as a drug addict needs drugs when the "high" disappears, it is an endless cycle of "Jones", "Fix", "Jones" Fix, and the victim always remains connected to their victimizer, renting space in their mind to the "perpetrator" because just as "love" bonds so does "hate", being free of trauma and its pain and suffering necessitates, evicting the perpetrator from your mind and heart, demanding he/she live somewhere else and not in your own acts of 'victimization" a never ending attempt to even the scales which in reality can never be settled. So in the Empowerment = retribution paradigm the victim rapes another emotionally as they were raped, emotional loss and unresolved trauma being the primary lasting effect of sexual abuse and not solely the physical symptoms sustained in the attack. Really severe attacks of course are the exception and in some cases the physical symptoms take long periods to heal as well but generally abuse or "rape" is so to speak a "mind fuck" and it is within the mind that the damage lasts but it is extended into a never ending pattern of abusive behavior when the victim operates from the 'Punisher' paradigm. Perhaps I have missed the mark here but I don't think so, the raping to the "emotions" is calculated to damage the person, perhaps in a sick way teach the perpetrator a lesson but "retribution" in reality only makes everyone sicker, both the victim who becomes just like their victimizer and the victimizer who now is more angry and disappointed and unfulfilled than before and can be at far greater risk of acting out aggressively on someone else rather than being "level headed" reflecting on the pain of being raped "emotionally" and because of the insight they already perhaps lacked magically gain perspective, insight, and levelheadedness and become a "John Boy", an empathetic anomaly of any and everything they have

38

ever experienced, and perhaps you would like to buy some land in the Indian Ocean? What I am trying to lay the ground work for is the concept that regardless of the awareness of the "pawn", the "punisher", the goal of the Hands and Feet of Jesus is "destruction" not "construction" , it is the fileting of the "target" , the preparation for death and loss that is the focus, and I believe that the Hands and Feet of Jesus intend to "destroy" not only in this life but in the life to come not simply destroying the meaning of life on earth but in the Kingdom to come as well. So the Hands and Feet of Jesus first attempt to kill the psyche, then the body and then the soul, employing pawns and punishers to do their dirty work also putting the pawns and punishers at risk as they too are the object of contempt for the Hands and Feet of Jesus, and the Hands and Feet of Jesus knowing full well that the paradigm of 'Empowerment = Retribution is flawed, but popular and far easier than following Jesus and loving your enemies and doing good to those who persecute you. So the overriding paradigm of the Hands and Feet of Jesus is "We kill people like you in my country", and as my installers of my "computer chip" said, "we will do whatever we want to you and you will like it", "and if you talk we will destroy you", but of course if they are doing whatever they want to you, are you primed for flowers and steak or a kick in the ass and Boloney Sandwiches? They attempt to kill the mind, the heart and then t body and soul. I you look in my brain, unravel the content of my mind you will find one attempt to destroy me after another and each interaction designed to result in failure, why , to destroy the will, to severe hope and breed hopelessness, for me to become comfortable with loss and pain and suffering, punishment because just as sexual sin is the antidote to sexual sin, so sin is the antidote to sin, and arsenic more powerful than honey, why else would the Hands and Feet of Jesus attempt to destroy my self-esteem, my spiritual health, bring failure to my business endeavors, failure to my personal relationships, including the destruction of both of my marriages and lest we forget 82 "death threats" not designed to bring life and happiness, fulfillment but sadness, deprivation, loss, pain and suffering, killing the mind, the body and the soul. 10 encouragements to commit suicide, do they think I am worthless? Are they suggesting that perhaps you should head for the next life because we aren't letting you experience any happiness in this life because we kill people like you in my country? So the Hands and Feet of Jesus conspire to not only kill your present life but your life to come, engaging you in sin, that scripture says will result in death and behavior patterns in this life that destroy marriages, children, adolescents and bring untold unhappiness? And do these people really literally "kill" some people? If I am to believe what I am being told by CNN my first wife Dawn tried to have me killed three times, oops 4 times, she has a "computer chip" in her head also and everything she has ever thought, said or done can be retrieved for inspection, and the reports I have is that other woman that I know, have killed their spouses, both medical practitioners and I know a fourth person that purposely drove out in front of a semi-truck with the intention of killing her husband feeling that if she died that would be better than the way things were, all these women having strong perhaps unresolved feeling of trauma related to physical and sexual abuse, all hands and feet of Jesus, coincidence, probably just the luck of the draw?

18 U.S. Code § 2333.Civil remedies
U.S. Code
Notes
(a)Action and Jurisdiction.—
Any national of the United States injured in his or her person, property, or business by reason of an act of international terrorism, or his or her estate, survivors, or heirs, may sue therefor in any appropriate district court of the United States and shall recover threefold the damages he or she sustains and the cost of the suit, including attorney's fees.

(b)Estoppel Under United States Law.—
A final judgment or decree rendered in favor of the United States in any criminal proceeding under section 1116, 1201, 1203, or 2332 of this title or section 46314, 46502, 46505, or 46506 of title 49 shall estop the defendant from denying the essential allegations of the criminal offense in any subsequent civil proceeding under this section.

(c)Estoppel Under Foreign Law.—
A final judgment or decree rendered in favor of any foreign state in any criminal proceeding shall, to the extent that such judgment or decree may be accorded full faith and credit under the law of the United States, estop the defendant from denying the essential allegations of the criminal offense in any subsequent civil proceeding under this section.

(d)Liability.—
(1)Definition.—
In this subsection, the term "person" has the meaning given the term in section 1 of title 1.

(2)Liability.—
In an action under subsection (a) for an injury arising from an act of international terrorism committed, planned, or authorized by an organization that had been designated as a foreign terrorist organization under section 219 of the Immigration and Nationality Act (8 U.S.C. 1189), as of the date on which such act of international terrorism was committed, planned, or authorized, liability may be asserted as to any person who aids and abets, by knowingly providing substantial assistance, or who conspires with the person who committed such an act of international terrorism.

(e)Use of Blocked Assets to Satisfy Judgments of U.S. Nationals.—
For purposes of section 201 of the Terrorism Risk Insurance Act of 2002 (28 U.S.C. 1610 note), in any action in which a national of the United States has obtained a judgment against a terrorist party pursuant to this section, the term "blocked asset" shall include any asset of that terrorist party (including the blocked assets of any agency or instrumentality of that party) seized or frozen by the United States under section 805(b) of the Foreign Narcotics Kingpin Designation Act (21 U.S.C. 1904(b)).

(Added Pub. L. 102–572, title X, § 1003(a)(4), Oct. 29, 1992, 106 Stat. 4522; amended Pub. L. 103–429, § 2(1), Oct. 31, 1994, 108 Stat. 4377; Pub. L. 114–222, § 4(a), Sept. 28, 2016, 130 Stat. 854; Pub. L. 115–253, § 3(a), Oct. 3, 2018, 132 Stat. 3183.)


10 U.S. Code § 928.Art. 128. Assault
U.S. Code
Notes
(a)Assault.—Any person subject to this chapter who, unlawfully and with force or violence—
(1)attempts to do bodily harm to another person;
(2)offers to do bodily harm to another person; or
(3)does bodily harm to another person;
is guilty of assault and shall be punished as a court-martial may direct.
(b)Aggravated Assault.—Any person subject to this chapter—
(1)who, with the intent to do bodily harm, offers to do bodily harm with a dangerous weapon;
(2)who, in committing an assault, inflicts substantial bodily harm or grievous bodil
is guilty of assault and shall be punished as a court-martial may direct.
(b)Aggravated Assault.—Any person subject to this chapter—
(1)who, with the intent to do bodily harm, offers to do bodily harm with a dangerous weapon;
(2)who, in committing an assault, inflicts substantial bodily harm or grievous bodily harm on another person; or
(3)who commits an assault by strangulation or suffocation;
is guilty of aggravated assault and shall be punished as a court-martial may direct.

40

(c)Assault With Intent to Commit Specified Offenses.—
(1)In general.—
Any person subject to this chapter who commits assault with intent to commit an offense specified in paragraph (2) shall be punished as a court-martial may direct.
(2)Offenses specified.—
The offenses referred to in paragraph (1) are murder, voluntary manslaughter, rape, sexual assault, rape of a child, sexual assault of a child, robbery, arson, burglary, and kidnapping.
(Aug. 10, 1956, ch. 1041, 70A Stat. 75; Pub. L. 114–328, div. E, title LX, § 5441, Dec. 23, 2016, 130 Stat. 2954; Pub. L. 115–91, div. A, title X, § 1081(c)(1)(P), Dec. 12, 2017, 131 Stat. 1599; Pub. L. 115–232, div. A, title V, § 531(a), Aug. 13, 2018, 132 Stat. 1759.)

Assault 10 U.S. Code § 928.Art. 128. – I am asserting Criminal Code violations of Code 928 Art 128 Assault. I am asserting that the "computer chip" surgically implanted in my "skull illegally is a devise that is capable to be used as a weapon and in my case and in the case of others I have knowledge of it has been used aggressively with the intent to do bodily harm. The surgical implantation is by itself an illegal "assault" on the human body and the "computer chip" a physical assault on the human brain both done with the intent to engage in other illegal acts such as robbery of "intellectual property" and "assaulting" the human body engendering grievous bodily harm in the form of "cortisol" and other stress hormones and their negative effect on the body, the brain, on the heart and its effect on "weight gain" all symptoms causing an cumulative effect on the body as well as the mind is the form of illness and aging. Examples of severe depression, severe anxiety, acrophobia and PTSD symptoms all are typically managed with "Psychotropic medication" and such medication has been proven to impact longevity with users of these mental health medications dying significantly sooner than others not dependent on these medications, a chain of activity all proceeding from the assault on the body by the Hands and Feet of Jesus via the "computer chip" within the skull and the way this "computer chip" has been used. The computer chip has or is also used as a vehicle of assault with "persons" uninvited coming into your "brain" talking to you, presenting material in your mind you do not wish to consider and depriving you of sleep also "cortisol" producing as well as other stress hormones that impair the ability to sleep and compromise functioning.

28a U.S. Code Rule 23.Class Actions
U.S. Code
(a)Prerequisites. One or more members of a class may sue or be sued as representative parties on behalf of all members only if:
(1)the class is so numerous that joinder of all members is impracticable;
(2)there are questions of law or fact common to the class;
(3)the claims or defenses of the representative parties are typical of the claims or defenses of the class; and
(4)the representative parties will fairly and adequately protect the interests of the class.
(b)Types of Class Actions. A class action may be maintained if Rule 23(a) is satisfied and if:
(1)prosecuting separate actions by or against individual class members would create a risk of:
(A)inconsistent or varying adjudications with respect to individual class members that would establish incompatible standards of conduct for the party opposing the class; or
(B)adjudications with respect to individual class members that, as a practical matter, would be dispositive of the interests of the other members not parties to the individual adjudications or would substantially impair or impede their ability to protect their interests;

(2)the party opposing the class has acted or refused to act on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the class as a whole; or

(3)the court finds that the questions of law or fact common to class members predominate over any questions affecting only individual members, and that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy. The matters pertinent to these findings include:

(A)the class members' interests in individually controlling the prosecution or defense of separate actions;

(B)the extent and nature of any litigation concerning the controversy already begun by or against class members;

(C)the desirability or undesirability of concentrating the litigation of the claims in the particular forum; and

(D)the likely difficulties in managing a class action.

(c)Certification Order; Notice to Class Members; Judgment; Issues Classes; Subclasses.

(1)Certification Order.

(A)Time to Issue. At an early practicable time after a person sues or is sued as a class representative, the court must determine by order whether to certify the action as a class action.

(B)Defining the Class; Appointing Class Counsel. An order that certifies a class action must define the class and the class claims, issues, or defenses, and must appoint class counsel under Rule 23(g).

(C)Altering or Amending the Order. An order that grants or denies class certification may be altered or amended before final judgment.

(2)Notice.

(A)For (b)(1) or (b)(2) Classes. For any class certified under Rule 23(b)(1) or (b)(2), the court may direct appropriate notice to the class.

(B)For (b)(3) Classes. For any class certified under Rule 23(b)(3)—or upon ordering notice under Rule 23(e)(1) to a class proposed to be certified for purposes of settlement under Rule 23(b)(3)—the court must direct to class members the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort. The notice may be by one or more of the following: United States mail, electronic means, or other appropriate means. The notice must clearly and concisely state in plain, easily understood language:

(i)the nature of the action;

(ii)the definition of the class certified;

(iii)the class claims, issues, or defenses;

(iv)that a class member may enter an appearance through an attorney if the member so desires;

(v)that the court will exclude from the class any member who requests exclusion;

(vi)the time and manner for requesting exclusion; and

(vii)the binding effect of a class judgment on members under Rule 23(c)(3).

(3)Judgment. Whether or not favorable to the class, the judgment in a class action must:

(A)for any class certified under Rule 23(b)(1) or (b)(2), include and describe those whom the court finds to be class members; and

(B)for any class certified under Rule 23(b)(3), include and specify or describe those to whom the Rule 23(c)(2) notice was directed, who have not requested exclusion, and whom the court finds to be class members.

(4)Particular Issues. When appropriate, an action may be brought or maintained as a class action with respect to particular issues.

(5)Subclasses. When appropriate, a class may be divided into subclasses that are each treated as a class under this rule.

42

(d)Conducting the Action.

(1)In General. In conducting an action under this rule, the court may issue orders that:

(A)determine the course of proceedings or prescribe measures to prevent undue repetition or complication in presenting evidence or argument;

(B)require—to protect class members and fairly conduct the action—giving appropriate notice to some or all class members of:

(i)any step in the action;

(ii)the proposed extent of the judgment; or

(iii)the members' opportunity to signify whether they consider the representation fair and adequate, to intervene and present claims or defenses, or to otherwise come into the action;

(C)impose conditions on the representative parties or on intervenors;

(D)require that the pleadings be amended to eliminate allegations about representation of absent persons and that the action proceed accordingly; or

(E)deal with similar procedural matters.

(2)Combining and Amending Orders. An order under Rule 23(d)(1) may be altered or amended from time to time and may be combined with an order under Rule 16.

(e)Settlement, Voluntary Dismissal, or Compromise. The claims, issues, or defenses of a certified class—or a class proposed to be certified for purposes of settlement—may be settled, voluntarily dismissed, or compromised only with the court's approval. The following procedures apply to a proposed settlement, voluntary dismissal, or compromise:

(1)Notice to the Class.

(A)Information That Parties Must Provide to the Court. The parties must provide the court with information sufficient to enable it to determine whether to give notice of the proposal to the class.

(B)Grounds for a Decision to Give Notice. The court must direct notice in a reasonable manner to all class members who would be bound by the proposal if giving notice is justified by the parties' showing that the court will likely be able to:

(i)approve the proposal under Rule 23(e)(2); and

(ii)certify the class for purposes of judgment on the proposal.

(2)Approval of the Proposal. If the proposal would bind class members, the court may approve it only after a hearing and only on finding that it is fair, reasonable, and adequate after considering whether:

(A)the class representatives and class counsel have adequately represented the class;

(B)the proposal was negotiated at arm's length;

(C)the relief provided for the class is adequate, taking into account:

(i)the costs, risks, and delay of trial and appeal;

(ii)the effectiveness of any proposed method of distributing relief to the class, including the method of processing class-member claims;

(iii)the terms of any proposed award of attorney's fees, including timing of payment; and

(iv)any agreement required to be identified under Rule 23(e)(3); and

(D)the proposal treats class members equitably relative to each other.

(3)Identifying Agreements. The parties seeking approval must file a statement identifying any agreement made in connection with the proposal.

(4)New Opportunity to Be Excluded. If the class action was previously certified under Rule 23(b)(3), the court may refuse to approve a settlement unless it affords a new opportunity to request exclusion to individual class members who had an earlier opportunity to request exclusion but did not do so.

(5)Class-Member Objections.

(A)In General. Any class member may object to the proposal if it requires court approval under this subdivision (e). The objection must state whether it applies only to the objector, to a specific subset of the class, or to the entire class, and also state with specificity the grounds for the objection.

43

(B)Court Approval Required for Payment in Connection with an Objection. Unless approved by the court after a hearing, no payment or other consideration may be provided in connection with:

(i)forgoing or withdrawing an objection, or

(ii)forgoing, dismissing, or abandoning an appeal from a judgment approving the proposal.

(C)Procedure for Approval After an Appeal. If approval under Rule 23(e)(5)(B) has not been obtained before an appeal is docketed in the court of appeals, the procedure of Rule 62.1 applies while the appeal remains pending.

(f)Appeals.

A court of appeals may permit an appeal from an order granting or denying class-action certification under this rule, but not from an order under Rule 23(e)(1). A party must file a petition for permission to appeal with the circuit clerk within 14 days after the order is entered, or within 45 days after the order is entered if any party is the United States, a United States agency, or a United States officer or employee sued for an act or omission occurring in connection with duties performed on the United States' behalf. An appeal does not stay proceedings in the district court unless the district judge or the court of appeals so orders.

(g)Class Counsel.

(1)Appointing Class Counsel. Unless a statute provides otherwise, a court that certifies a class must appoint class counsel. In appointing class counsel, the court:

(A)must consider:

(i)the work counsel has done in identifying or investigating potential claims in the action;

(ii)counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action;

(iii)counsel's knowledge of the applicable law; and

(iv)the resources that counsel will commit to representing the class;

(B)may consider any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class;

(C)may order potential class counsel to provide information on any subject pertinent to the appointment and to propose terms for attorney's fees and nontaxable costs;

(D)may include in the appointing order provisions about the award of attorney's fees or nontaxable costs under Rule 23(h); and

(E)may make further orders in connection with the appointment.

(2)Standard for Appointing Class Counsel. When one applicant seeks appointment as class counsel, the court may appoint that applicant only if the applicant is adequate under Rule 23(g)(1) and (4). If more than one adequate applicant seeks appointment, the court must appoint the applicant best able to represent the interests of the class.

(3)Interim Counsel. The court may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action.

(4)Duty of Class Counsel. Class counsel must fairly and adequately represent the interests of the class.

(h)Attorney's Fees and Nontaxable Costs. In a certified class action, the court may award reasonable attorney's fees and nontaxable costs that are authorized by law or by the parties' agreement. The following procedures apply:

(1)A claim for an award must be made by motion under Rule 54(d)(2), subject to the provisions of this subdivision (h), at a time the court sets. Notice of the motion must be served on all parties and, for motions by class counsel, directed to class members in a reasonable manner.

(2)A class member, or a party from whom payment is sought, may object to the motion.

(3)The court may hold a hearing and must find the facts and state its legal conclusions under Rule 52(a).

(4)The court may refer issues related to the amount of the award to a special master or a magistrate judge, as provided in Rule 54(d)(2)(D).

44

(As amended Feb. 28, 1966, eff. July 1, 1966; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 24, 1998, eff. Dec. 1, 1998; Mar. 27, 2003, eff. Dec. 1, 2003; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009; Apr. 26, 2018, eff. Dec. 1, 2018.)

15 U.S. Code § 77p.Additional remedies; limitation on remedies

U.S. Code

(a)Remedies additional

Except as provided in subsection (b), the rights and remedies provided by this subchapter shall be in addition to any and all other rights and remedies that may exist at law or in equity.

(b)Class action limitationsNo covered class action based upon the statutory or common law of any State or subdivision thereof may be maintained in any State or Federal court by any private party alleging—

(1)an untrue statement or omission of a material fact in connection with the purchase or sale of a covered security; or

(2)that the defendant used or employed any manipulative or deceptive device or contrivance in connection with the purchase or sale of a covered security.

(c)Removal of covered class actions

Any covered class action brought in any State court involving a covered security, as set forth in subsection (b), shall be removable to the Federal district court for the district in which the action is pending, and shall be subject to subsection (b).

(d)Preservation of certain actions

(1)Actions under State law of State of incorporation

(A)Actions preserved

Notwithstanding subsection (b) or (c), a covered class action described in subparagraph (B) of this paragraph that is based upon the statutory or common law of the State in which the issuer is incorporated (in the case of a corporation) or organized (in the case of any other entity) may be maintained in a State or Federal court by a private party.

(B)Permissible actionsA covered class action is described in this subparagraph if it involves—

(i)the purchase or sale of securities by the issuer or an affiliate of the issuer exclusively from or to holders of equity securities of the issuer; or

(ii)any recommendation, position, or other communication with respect to the sale of securities of the issuer that—

(I)is made by or on behalf of the issuer or an affiliate of the issuer to holders of equity securities of the issuer; and

(II)concerns decisions of those equity holders with respect to voting their securities, acting in response to a tender or exchange offer, or exercising dissenters' or appraisal rights.

(2)State actions

(A)In general

Notwithstanding any other provision of this section, nothing in this section may be construed to preclude a State or political subdivision thereof or a State pension plan from bringing an action involving a covered security on its own behalf, or as a member of a class comprised solely of other States, political subdivisions, or State pension plans that are named plaintiffs, and that have authorized participation, in such action.

(B)"State pension plan" defined

For purposes of this paragraph, the term "State pension plan" means a pension plan established and maintained for its employees by the government of the State or political subdivision thereof, or by any agency or instrumentality thereof.

(3)Actions under contractual agreements between issuers and indenture trustees

Notwithstanding subsection (b) or (c), a covered class action that seeks to enforce a contractual agreement between an issuer and an indenture trustee may be maintained in a State or Federal court by a party to the agreement or a successor to such party.

(4)Remand of removed actions

In an action that has been removed from a State court pursuant to subsection (c), if the Federal court determines that the action may be maintained in State court pursuant to this subsection, the Federal court shall remand such action to such State court.

(e)Preservation of State jurisdiction

The securities commission (or any agency or office performing like functions) of any State shall retain jurisdiction under the laws of such State to investigate and bring enforcement actions.

(f)DefinitionsFor purposes of this section, the following definitions shall apply:

(1)Affiliate of the issuer

The term "affiliate of the issuer" means a person that directly or indirectly, through one or more intermediaries, controls or is controlled by or is under common control with, the issuer.

(2)Covered class action

(A)In generalThe term "covered class action" means—

(i)any single lawsuit in which—

(I)damages are sought on behalf of more than 50 persons or prospective class members, and questions of law or fact common to those persons or members of the prospective class, without reference to issues of individualized reliance on an alleged misstatement or omission, predominate over any questions affecting only individual persons or members; or

(II)one or more named parties seek to recover damages on a representative basis on behalf of themselves and other unnamed parties similarly situated, and questions of law or fact common to those persons or members of the prospective class predominate over any questions affecting only individual persons or members; or

(ii)any group of lawsuits filed in or pending in the same court and involving common questions of law or fact, in which—

(I)damages are sought on behalf of more than 50 persons; and

(II)the lawsuits are joined, consolidated, or otherwise proceed as a single action for any purpose.

(B)Exception for derivative actions

Notwithstanding subparagraph (A), the term "covered class action" does not include an exclusively derivative action brought by one or more shareholders on behalf of a corporation.

(C)Counting of certain class members

For purposes of this paragraph, a corporation, investment company, pension plan, partnership, or other entity, shall be treated as one person or prospective class member, but only if the entity is not established for the purpose of participating in the action.

(D)Rule of construction

Nothing in this paragraph shall be construed to affect the discretion of a State court in determining whether actions filed in such court should be joined, consolidated, or otherwise allowed to proceed as a single action.

(3)Covered security

The term "covered security" means a security that satisfies the standards for a covered security specified in paragraph (1) or (2) of section 77r(b) of this title at the time during which it is alleged that the misrepresentation, omission, or manipulative or deceptive conduct occurred, except that such term shall not include any debt security that is exempt from registration under this subchapter pursuant to rules issued by the Commission under section 77d(2) [1] of this title.

(May 27, 1933, ch. 38, title I, § 16, 48 Stat. 84; Pub. L. 105–353, title I, § 101(a)(1), Nov. 3, 1998, 112 Stat. 3227.)

46

28a U.S. Code Rule 23.Class Actions   Your Honor I am requesting that the Catholic Church, or the Hands and Feet of Jesus identify all subjects in which they have placed "computer chips" and notify them of this "Class Action" suit and be required to produce all records developed in conjunction with the "implanting" of these computer chips to the respective persons including any material regarding the opting out of this illegal arrangement as is consistent with the Helsinki and Nuremberg accords for research conducted with "Human Subjects"  as to do otherwise is a violation of these International agreements and should be subject to the same penalties other violations of International law require. It is also my belief that this practice is taking place all over the world by the Catholic Church and these practices are as egregious as the Crusades and the Inquisitions of past Catholic History and need to end now.

12 U.S. Code § 4631.Cease-and-desist proceedings
U.S. Code

Notes
(a)Issuance for unsafe or unsound practices and violations
(1)Authority of Director
If, in the opinion of the Director, a regulated entity or any entity-affiliated party is engaging or has engaged, or the Director has reasonable cause to believe that the regulated entity or any entity-affiliated party is about to engage, in an unsafe or unsound practice in conducting the business of the regulated entity or the Office of Finance, or is violating or has violated, or the Director has reasonable cause to believe is about to violate, a law, rule, regulation, or order, or any condition imposed in writing by the Director in connection with the granting of any application or other request by the regulated entity or the Office of Finance or any written agreement entered into with the Director, the Director may issue and serve upon the regulated entity or entity-affiliated party a notice of charges in respect thereof.
(2)Limitation
The Director may not, pursuant to this section, enforce compliance with any housing goal established under subpart 2 of part B of subchapter I of this chapter, with section 4566 or 4567 of this title, with subsection (m) or (n) of section 1723a of this title, with subsection (e) or (f) of section 1456 of this title, or with paragraph (5) of section 1430(j) of this title.
(b)Issuance for unsatisfactory rating
If a regulated entity receives, in its most recent report of examination, a less-than-satisfactory rating for asset quality, management, earnings, or liquidity, the Director may (if the deficiency is not corrected) deem the regulated entity to be engaging in an unsafe or unsound practice for purposes of subsection (a).
(c)Procedure
(1)Notice of charges
Each notice of charges under this section shall contain a statement of the facts constituting the alleged practice or violation and shall fix a time and place at which a hearing will be held to determine on the record whether an order to cease and desist from such practice or violation should issue, unless the party served with a notice of charges shall appear at the hearing personally or by a duly authorized representative, the party shall be deemed to have consented to the issuance of the cease and desist order.
(2)Issuance of order

47

If the Director finds on the record made at such hearing that any practice or violation specified in the notice of charges has been established (or the regulated entity or entity-affiliated party consents pursuant to section 4633(a)(4) of this title), the Director may issue and serve upon the regulated entity, executive officer, director, or entity-affiliated party an order requiring such party to cease and desist from any such practice or violation and to take affirmative action to correct or remedy the conditions resulting from any such practice or violation.

(d)Affirmative action to correct conditions resulting from violations or activitiesThe authority under this section and section 4632 of this title to issue any order requiring a regulated entity, executive officer, director, or entity-affiliated party to take affirmative action to correct or remedy any condition resulting from any practice or violation with respect to which such order is issued includes the authority to require a regulated entity or entity-affiliated party—

(1)make [1] restitution to, or provide reimbursement, indemnification, or guarantee against loss, if—

(A)such entity or party or finance facility was unjustly enriched in connection with such practice or violation; or

(B)the violation or practice involved a reckless disregard for the law or any applicable regulations or prior order of the Director;

(2)to require a regulated entity to seek restitution, or to obtain reimbursement, indemnification, or guarantee against loss;

(3)to restrict the growth of the regulated entity;

(4)to require the regulated entity to dispose of any loan or asset involved;

(5)to require the regulated entity to rescind agreements or contracts;

(6)to require the regulated entity to employ qualified officers or employees (who may be subject to approval by the Director at the direction of the Director); and

(7)to require the regulated entity to take such other action as the Director determines appropriate.

(e)Authority to limit activities

The authority to issue an order under this section or section 4632 of this title includes the authority to place limitations on the activities or functions of the regulated entity or entity-affiliated party or any executive officer or director of the regulated entity or entity-affiliated party.

(f)Effective date

An order under this section shall become effective upon the expiration of the 30-day period beginning on the service of the order upon the regulated entity, finance facility,,[2] executive officer, director, or entity-affiliated party concerned (except in the case of an order issued upon consent, which shall become effective at the time specified therein), and shall remain effective and enforceable as provided in the order, except to the extent that the order is stayed, modified, terminated, or set aside by action of the Director or otherwise, as provided in this subchapter.

(Pub. L. 102–550, title XIII, § 1371, Oct. 28, 1992, 106 Stat. 3986; Pub. L. 110–289, div. A, title I, § 1151, July 30, 2008, 122 Stat. 2767.)

Your Honor, I am requesting that the Catholic Church or the Hands and Feet of Jesus be legally restrained from any active "inserting" of their 1's and 0's into any persons brain who they have placed a "computer chip" in their skull or anywhere else in their body. They use this computer chip to "steal" the contents and record of the person's mind, the "property" of these persons own minds, and uniquely their own, their words, thoughts, and deeds recorded in detail, transmitted over both the air waves and through wire and transcribed and dispensed to other persons violating the God given sanctity of the human mind, using the "computer chip" placed within the human skull, mine over my left ear, below the flesh and above the cranium. Your honor the good Lord provided mankind with our amazing minds and how our brains work may surprise you, contained right now within your mind is every thought, word or deed you have ever had beginning at the end of the pre-verbal stage of your childhood, to your High

48

School prom and what did you do after that event? Can we put a "computer chip" in your mind and see? Did you marry that person or were they just a "temporary" thang? Would you like to revise that "I did not inhale statement"? No joking, it is all in your physical brain recorded in living color, don't tell your spouse they'll have you "chipped"and with your permission we would like to share everything you have ever thought, said or done with all your constituents, what do you say Judge, just for fun, don't worry we won't use your passwords to steal anything, and what happened after the prom is between you and what's their name, and me, lips zipped! And what you were thinking in your head when you were called to the principal's office and what did you call "jerk face", I'm sure you didn't say it, did you? I know impotence comes with age, don't be shy Your Honor, there are plenty of good fixes, and the more woman that know the more likelihood one or more will volunteer to help you fix your problem and some might say don't worry judge, I'm not into sex anyway, so don't worry! Now I know Judge that you were "raped" well sodomized at 16 years of age, stucco as personal lubricant unique, I know you don't want to talk about it but I think you should, let's just stand here in the hallway and identify how you felt and ferret out how that affected you, don't worry, they're not listening, you really are not that important, nobody cares, personal, oh humbug, "what do you think of my new dress?", cat got your tongue, don't worry I'll look up what you were thinking later, I'm sure it was  complementary? Abe told me this morning I don't look fat in this dress and Abe, well, he always tells the truth!

You're Honor I am also asking that the Catholic Church be restrained from more than "inserting their 1's and 0's" but also from dispensing any "stolen" material mined from my mind to anyone anywhere. Further, I assert that the Catholic Church or the Hands and Feet of Jesus are a vigilante with no legal authority of any kind, state or federal, and that in their own language, "theology" they are in breach of the principle of "subsidiary" big time, and in prime time violation of at least 15, court language, criminal charges that I have already listed, and I am looking for more, would like to reach 20, nice round number, "liable" is that a  crime? Reason one, the Hands and Feet of Jesus should be tied with legal ropes and placed on ice until all that I am alleging is brought out and adjudicated, nice legal word, they are the KKK in Choir robes and paper halo's, and just as filled with hate, perhaps we could arrange a "hate off"? The only difference is that the KKK mostly talk about "hate" and for the most part don't "act" on their primary emotion, at least in this country they don't, the Hands and Feet who are also a "Christian Heresy", hiding in the midst of Christianity wearing wool and talking love and practicing hate are imposters, and they do "act" on their hate and without regard to the rule of law, sorry Judge, unless your named Judge Conscience, what you say to them doesn't matter,  and the last time I knew America doesn't do "vigilante's" of any kind, am I wrong?

The second reason I am asking that the Hands and Feet be placed on "Ice", served with a court order to Cease and desist, is that any contract that said party claims to have cannot give license for the KKK  to abuse anyone, a contract signed by a black man does not give the KKK the right to drag them behind their good ole boy pickup for any reason, abuse, exploitation can never be justified and any contract signed or unsigned will not hold any "Flint" water given such occurrence's, tell me if I am wrong? Now I do not remember signing a contract because my memory is largely wiped of the "insertion" of my chip as the Hands and Feet drug people that wipes their minds of any memory of what was done to them including the surgery or implantation of the "computer chip"  because what they do is illegal in every way and letting that news get out does not bode well for the practices they engage in. What I do remember of the "computer chip" being placed in my head is that I was told two things I remember very clearly, one "we will do whatever we want to you", I ask well what are you going to do, no answer, and second "if you talk we will destroy you", not said with cotton in his mouth but Marlin Brando couldn't have done a better "Godfather", perhaps a confusion of "origin" thinking that their hands and feet are divine and their minds carbon copies of the divine, we're carbon based you know, and anyone with a

Spock mind melt clearly knows exactly what God the Father is thinking? So any contract signed is null and void as the contract was signed under duress and under false pretenses as said Hands and Feet had and do not have any authority to dictate any solution to anything being a vigilante and further any contract was signed was done under duress and threat, check the "chip" it is all there in "living color", and the "Genius" getting the chip, that bought the Boloney Slices was presented with false choices that in his naïve state swallowed whole not questioning how they tasted, or if the Chief even went to culinary school!

Third, even the President can't have his illegal immigrants sign contracts to abuse them. As alluded to earlier the Hands and Feet of, I call them [not] Jesus, they prefer "of Jesus", but based on their Apples and Bananas and large Grapefruit, slightly sour, not very sweet I am guessing that [not] is a better description than [of], I could be more through in this analysis but have already done that elsewhere and will not do it here. So when I say I have been abused by the Hands and Feet of somebody [not] Jesus I am telling you that my life has been threatened as of this morning 82 times, and the last time I know it death threats are criminal behavior. In addition the Hands and Feet of [not] Jesus have tried to get me to commit suicide a minimum or 10 times all of which I have declined having grown up a little and see the false choices being presented. The Hands and Feet of what's his face [not] Jesus have also systematically attempted to undercut my self-esteem, and mental health as well as my spiritual health, including the "inserting" of "anti-faith" statements such as "I do not believe in God the Father, God the Son and God the Holy Spirit as well as reading me Satan's Bible while I am sleeping, a reporter got "duped" into doing that, "no he won't even know, it will be OK, I'm sure it will" said the Hand and Feet to the other naïve guy that believes "false choices" and gives the "Mantle of Authority" of anyone in a white coat and a stethoscope or a "clerical collar", "you weren't supposed to wake up?", "what do I do now?" , tough place to be, I have no idea? So if those things alone don't spell A-B-U-S-E than what does? These criminal acts I have included in the Criminal code violations of 2340 Torture, 2331 Terrorism, and some other incidental criminal code violations already identified.

The Forth reason that the Hands and Feet should be enjoined from any further "stealing of intellectual property, the inserting of their "1's and 0's into other people's heads, engaging in "mind control", the manipulation of "feelings", the "encouraging of "sin" and the dispensing of said intellectual property via wire or radio is that such behavior is contrary to the right of a free people to "own their own thoughts", to have their own opinions, to exercise their will in the pursuit of "religious freedom" and not be moved to Northern China without their consent. Being told how high, fast, and if you do it with a smile, to wave at the President as he passes in a military parade is a NK idea, not an American ideal, is it? So reason four is that the attempt to control another person's mind is a violation of basic human freedom of thought and expression, of religious freedom, of rule of law i.e the criminal code violations identified above, I would further assert that a person's basic right to control as much as possible their own bodies and that controlling one's mind is perhaps more central or at least as central as "autonomy".

The fifth reason for the immediate end of these practices are the fact that the "computer chip" implanted in people's heads have never been approved by the FDA for safety and no one seems to know the possibilities for health issues as the "computer chip" placed in the skull sends electrical signals to the brain and utilizes the basic electrical impulses that the brain uses when the different parts of the brain communicate with each other. As the electrical impulses processed via the "computer chip" are not innate or indigenous to the brain or the human body this means that this practice increases the quantity of electrical impulses that are processed in the human brain and the consequences of this increase is not known. I for instance developed a growth a non-cancerous growth I was told, over the very spot where the "computer chip" was implanted, but the doctor failed to ever mention the presence of the

50

"computer chip" even though I saw the surgery assistant carry the "computer chip" across the room carrying it over to the surgeon in tweezers with a plastic tray below it in case she dropped it, but no mention was ever made to me concerning the "computer chip" in my head. I further have ample knowledge of talking with people via the computer chip in my head including CNN who has done considerable investigation of this issue.

I would further argue that this practice needs to stop now and that it should not begin again under the auspices of the Hands and Feet of Jesus as said group is a "vigilante" and has no legal standing of any kind, I would also argue that the Hands and Feet of Jesus should be barred from ever becoming part of any legal use of this "technology" as their disregard of civil and criminal law, their punishment paradigm that is not supported by any "best practice" protocol, or any sound double blind studies documenting its effectiveness compared to less intrusive interventions, and their total disregard in establishing appropriate "oversight"  to ensure safety makes it clear that they cannot be depended on to be concerned about or diligent in adhering to any of the above considerations.

There are other issues that need to be investigated as well all involving questions of Criminal behavior including the sexual abuse of children as punishment for sexual exploration, the rape of adolescents as treatment for sin, or an antidote for sexual sin and the practice of collecting sperm or semen or the product of intercourse to be planted as evidence for "rape" but actually DNA that has been "frozen" and stored in a unregulated "sperm bank", illegal in and of itself, and then presented to legal authorities as evidence of "rape" and then lying to legal and court officials concerning the planting of this evidence, also a crime and not in any way representative of the way we do business in America, and not consistent with the principles of our legal system. It should also be mentioned that the "computer chip" also has the capacity to allow for insider trading or the manipulation of markets, the stock market, illegal betting and legal betting. There are also concerns about corruption inspired by the Hands and Feet of Jesus, the use of medical personal in the implanting of these illegal computer chips and the attempts to use medical procedures in ways consistent with "social engineering", the failure to make information about these practices apparent within the HIPPA medical record and the assuring that information given to medical personal is "truthful and factual" and not gossip and innuendo or slander dispensed by the Hands and Feet of Jesus.

The issues just mentioned are over and above the issues I am presenting in regard to the abuse related to the use of the "computer chip" placed in my head and the heads of thousands of others. It should be noted that I personally know 8 people whose lives have been forever altered by the criminal practices of these people and I suggest to the court that the number nationwide is likely in the thousands, of the people I know they suffer from severe depression, anxiety, agoraphobia and PTSD symptoms and I have suffered from some of these issues as well due to the practices of this group.

Exculpatory Evidence – I am further asking that CNN and NBC and NBC sports, and CBS Sports provide all taped material regarding their discussion of this issue on Television as "Exculpatory Evidence in this case.", and I am seeking a "court order" if the materials requested are not turned over for the preparation of this case. CNN has numerous film pieces involving Democrats and Republications discussing this issue and those would be important as well.  I am further requesting that all pertinent "filmed material from" worship services at Valley Family Church, and Lakewood Church in Houston Texas and well as Pastor Brian Huston's talk show on the Hillsong Television Network as well as any sermons that Pastor Huston preached regarding material that I have wrote. I am also requesting copies of sermon's from the Billy Graham library regarding Billy Graham's sermon on this subject, Dr. James Kennedy's sermon on this issues from his library from Coral Ridge Presbyterian Church in Florida, and a

sermon preached by Dr. Jack Van Impe who is still living and is from the Detroit Michigan area. I am also requesting that film of Tom Izzo discussing this subject be made available or if necessary subpoenaed, there is also film of Rodger Federer discussing this issue as well as Chris Evert discussing this subject and Pam Shriver discussing his material during past U.S. Opens, within the last 5 years. My hope is for voluntary cooperation but if necessary I ask the court to subpoena these materials. I am also aware that CNN and other news networks record religious broadcasting such a Valley Family Church and Lakewood in Houston and they record each other's broadcasts as well and any help securing these film pieces would be important as well.

2/12/2020

Rodney D. Oller  XMSW