UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

RODNEY D. DEAN,

    Plaintiff,

v.

DIOCESE OF LANSING, UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, LAKEWOOD CHURCH, and VALLEY FAMILY CHURCH,

    Defendants.

Case No. 1:20-cv-00127

HON. JANET T. NEFF

MAG. JUDGE RAY KENT

## DEFENDANT LAKEWOOD CHURCH'S MOTION TO DISMISS

The defendant Lakewood Church moves for an order dismissing it from this lawsuit pursuant to Fed. R. Civ. P. 12(b)(6) as the document docketed as a Complaint fails to state a claim against Lakewood Church upon which relief can be granted.

This motion is based on the legal authorities and arguments contained in the Brief in Support which is filed with this motion.

                              Respectfully submitted,

DATED: April 13, 2020          PLUNKETT COONEY

                              BY:  */s/Michael S. Bogren*
                                    Michael S. Bogren (P34835)
                                    Attorney for Defendant
                                    Lakewood Church