UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY D. DEAN,

    Plaintiff,

v.

DIOCESE OF LANSING, et al.,

    Defendants.

_____/

Case No. 1:20-cv-127

HON. JANET T. NEFF

## ORDER

This is a civil action filed by a *pro se* litigant. Defendant Valley Family Church filed a Motion to Dismiss (ECF No. 4). Defendant Lakewood Church filed a Motion to Dismiss (ECF No. 5). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 15, 2020, recommending that the motions both be granted and that this action be terminated. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 18) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motions to Dismiss (ECF Nos. 4 & 5) are GRANTED for the reasons set forth in the Report and Recommendation.

A Judgment will be entered consistent with this Order.

Dated: July 7, 2020

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge